UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MATTER OF THE *EX PARTE* APPLICATION OF B&C KB HOLDING GMBH FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 FROM GOLDBERG LINDSAY & CO. LLC D/B/A LINDSAY GOLDBERG AND MICHAEL DEES | Case No. 22-mc-180 |

### *EX PARTE* APPLICATION FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782

B&C KB Holding GmbH ("B&C KB Holding" or "Applicant") respectfully seeks an Order from this Court pursuant to 28 U.S.C. § 1782 authorizing it to serve subpoenas for documents and testimony on Goldberg & Lindsay & Co. LLC ("Lindsay Goldberg") and Michael Dees ("Dees").

### INTRODUCTION

Applicant seeks evidence for use in pending criminal investigations in Austria and Germany, predicated on criminal complaints instituted in both countries. The criminal complaints and investigations stem from powerful indications of a large-scale scheme to defraud involving manipulation of financial statements, misappropriation of monies, and other evidence of misconduct at the European-based Schur Flexibles group of companies ("Schur Flexibles Group" or "Schur"). Applicant is an interested party and a victim of the crimes being investigated, because, in 2021, Applicant purchased an 80% interest in the Schur Flexibles Group, for a purchase price of approximately EUR 258.4 million and other consideration, from Atlas Flexibles Coöperatief U.A. ("AF Coop") and Lindsay Goldberg Europe GmbH ("LGE").[1]

---

[1] Specifically, B&C KB Holding acquired an 80% interest in Atlas Flexibles GmbH ("Atlas"), which, in turn, directly owns 100% of Schur Flexibles GmbH ("SF"). SF directly owns 100% of Schur Flexibles Holding GmbH ("SF Holding"). SF Holdings directly or indirectly holds majority interests in the numerous other affiliates. Atlas and its subsidiaries and affiliates are collectively referred to herein as the "Schur Flexibles Group." The base purchase price

1

Lindsay Goldberg and Dees are found in this District and possess information that will aid the subject foreign proceedings, due to their significant involvement with the Schur Flexibles Group prior to the sale to Applicant. Lindsay Goldberg is a New York-based private equity firm whose European investment vehicles acquired the Schur Flexibles Group in 2016 and, in 2021, through AF Coop and LGE (together, "LG Sellers"), sold most of that interest to Applicant. Dees, a Lindsay Goldberg Managing Partner in its New York headquarters, is responsible for the firm's European investment activities and is a member of the firm's investment committee. In that capacity, he was a member of the SF Holding Advisory Board and former Managing Director of the Schur Flexibles Group ownership entity, Atlas; he was a Director of AF Coop; and, at the time of the sale to Applicant, Dees was designated a "Knowledge Bearer" of that selling entity under the agreement governing the sale. Additionally, in 2017, Dees signed the formal resolution that appointed PricewaterhouseCoopers Österreich GmbH Wirtschaftsprüfungsgesellschaft ("PwC") as auditor for the Schur Flexibles Group.

At present, prosecuting authorities in both Germany and Austria are conducting criminal investigations into a variety of activities at and surrounding the Schur Flexibles Group, including the knowledge and conduct of LGE Managing Partner Thomas Unger ("Unger"). Applicant expects that Lindsay Goldberg and Dees, both of whom reside or are found in this District, have knowledge and documents in their possession, custody or control that are relevant to those investigations and therefore respectfully request that the Court grant this Application.

---

was EUR 258.4 million. B&C KB Holding paid additional consideration to complete the acquisition as well, including a EUR 19.3 million shareholder loan and certain reimbursement payments.

**BACKGROUND**

1.      In 2021, B&C KB Holding acquired an 80% interest in the Schur Flexibles Group from the LG Sellers for a purchase price of approximately EUR 258.4 million plus other consideration.  Thereafter, B&C KB Holding discovered evidence suggesting serious misconduct at the Schur Flexibles Group, including (but not limited to) the material overstatement of earnings results for 2018 through 2020, misappropriation of company assets by the chief executive officer ("CEO") and Group Finance Director of the Schur Flexibles Group, and improper consulting agreements with evidence of kickbacks received by the CEO in some instances.  Based upon the evidence, it is believed that LGE Managing Partner Unger knew of and was involved in conduct under investigation.  B&C KB Holding's 2021 EUR 258.4 million-plus equity investment in Schur was, in reality, virtually worthless due to that conduct.  Indeed, the equity value is believed to have actually been negative.

2.      In March 2022, SF Holding (a company controlled by B&C KB Holding) filed a criminal complaint and subsequent addenda against various executives at the Schur Flexibles Group (together, the "Austrian Criminal Complaint") with the Zentrale Staatsanwaltschaft zur Verfolgung von Wirtschaftsstrafsachen und Korruption (Central Public Prosecutor's Office for the Prosecution of Economic Crimes and Corruption) ("WKStA") in Vienna, Austria concerning the indications of fraud and misconduct at the Schur Flexibles Group.  Decl. of Dr. Michael Rohregger in Supp. of the Appl. for an Order to Take Disc. Pursuant to 28 U.S.C. § 1782 ("Rohregger Decl."), ¶ 8.  WKStA thereafter opened an investigation (the "Austrian Criminal Investigation") and is currently investigating potential violations of the Austrian criminal code, including by having conducted searches of the homes of certain former Schur Flexibles Group executives.  *Id.* ¶¶ 21-26.

3.  As a victim of the conduct at Schur, B&C KB Holding has the right under Austrian criminal procedures to submit additional evidence in the Austrian Criminal Investigation and intends to do so. *Id.* ¶ 28. Furthermore, if charges are brought by the WKStA, the court in Austria will also be able to consider the evidence provided by B&C KB Holding, including evidence obtained in response to the proposed subpoenas. *Id.* ¶ 30; Decl. of Thomas Zimpfer in Supp. of the Appl. for an Order to Take Disc. Pursuant to 28 U.S.C. § 1782 ("Zimpfer Decl."), ¶ 13.

4.  On April 29, 2022, B&C KB Holding filed a criminal complaint (the "German Criminal Complaint") against Unger with the Staatsanwaltschaft Düsseldorf (the Düsseldorf Public Prosecutor's Office) in Düsseldorf, Germany (where LGE is located) for potential violations of the German criminal and commercial code relating to Unger's potential awareness of and involvement in the criminal conduct at the Schur Flexibles Group. Decl. of Dr. Jakob Danckert in Supp. of the Appl. for an Order to Take Disc. Pursuant to 28 U.S.C. § 1782 ("Danckert Decl."), ¶ 9. The Düsseldorf Public Prosecutor's Office thereafter opened and is conducting an investigation (the "German Criminal Investigation"). *Id.* ¶ 32. Further, as complainant, Applicant has procedural means by which to engage with the German Investigation, including by submitting (further) evidence. *Id.* ¶ 34. In addition, B&C KB Holding may also apply to join civil claims for relief in the criminal proceeding, anticipates doing so, and would use evidence obtained in response to the proposed subpoenas in connection therewith. *Id.*

5.  Copies of the subpoenas that Applicants seek to serve on Lindsay Goldberg and Dees are attached to the Declaration of Zachary D. Rosenbaum ("Rosenbaum Decl.") as Exhibits A-D.

## JURISDICTION AND VENUE

6.This Court has subject-matter jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1782(a).  Venue in this District is proper under 28 U.S.C. § 1391 because Lindsay Goldberg and Dees reside or are found in this District.

## APPLICANT AND RESPONDENTS

### I.Applicant

7.B&C KB Holding is a private company located in Vienna, Austria.  *See* Zimpfer Decl. ¶ 4.  B&C KB Holding is indirectly wholly owned by B&C Privatstiftung, an Austrian private foundation whose purpose is to promote Austrian entrepreneurship.  *Id.*

8.On September 30, 2021, B&C KB Holding purchased an 80% interest in the Schur Flexibles Group, which includes SF Holding, the original complainant in the Austrian Criminal Investigation.  On June 4, 2022, B&C KB Holding agreed to turn over all of its shares in the Schur Flexibles Group to certain of Schur's creditors through a restructuring transaction that was necessitated by the financial schemes and other conduct under criminal investigation in Germany and Austria; consequently, at present, B&C KB Holding has suffered a loss of virtually its entire investment plus additional costs and harms.

9.As a victim of the conduct under criminal investigation, B&C KB Holding has the right and intends to submit additional evidence in the Austrian Criminal Investigation.  *See* Rohregger Decl. ¶ 28; Zimpfer Decl. ¶ 13.  In addition, B&C KB Holding is the complainant in the pending German Criminal Investigation and will likewise have the right and intends to submit additional evidence in that proceeding.  *See* Danckert Decl. ¶ 34; Zimpfer Decl. ¶ 13.

## II. Respondents

10. Respondent Lindsay Goldberg is a private equity firm that states it has, across its investment vehicles and affiliated companies, US $17 billion in committed capital in five investment funds. *See* Rosenbaum Decl. ¶ 5. Lindsay Goldberg is a Delaware limited liability company formed in 2001 and is headquartered within the Southern District of New York, with its principal place of business located at 630 Fifth Avenue, New York City, New York 10111. *Id.* ¶¶ 6-8. Lindsay Goldberg was founded by and, on information and belief, is controlled by Alan Goldberg and Robert Lindsay. *Id.* ¶ 8. Until November 2020, Lindsay Goldberg reportedly owned a 20% interest in LGE. *Id.* ¶ 9.

11. Respondent Dees has been with Lindsay Goldberg since 2004 and is currently a Managing Partner with the firm. *Id.* ¶ 10. Upon information and belief, Dees works at Lindsay Goldberg's headquarters in Manhattan. *Id.* ¶ 13. Also, upon information and belief, Dees and his wife own certain real estate located in Manhattan, and therefore Dees is believed to reside in New York. *Id.* ¶¶ 11-13. According to his biography on the firm's website, in Dees' position as Lindsay Goldberg Managing Partner, he "leads Lindsay Goldberg's business services vertical and its investment activities in Europe" and is a "longstanding member of the firm's investment committee." *Id.* ¶ 10.

12. Lindsay Goldberg touted its acquisition of the Schur Flexibles Group in 2016 as its "second investment in a European packaging company" and quoted Dees saying: "The acquisition of Schur Flexibles aligns perfectly with Lindsay Goldberg's investment strategy in Germany and other markets. We are very excited *to partner with and support the Schur management team* as it

continues to pursue its successful growth strategy."[2]  Thereafter, as outlined below, Lindsay Goldberg undertook two sales processes: the first with Goldman Sachs & Co. ("Goldman Sachs") as investment banker resulting in an aborted deal, and the second intermediated by PwC resulting in the sale to Applicant five years after Lindsay Goldberg's acquisition of the Schur Flexibles Group.

13.   Dees in the meantime had the following roles with respect to the Schur Flexibles Group:

- Member of the Advisory Board of SF Holding;

- Managing Director of Atlas (August 8, 2016 – May 19, 2017);

- Director of AF Coop;

- AF Coop's "Knowledge Bearer" under the Share Purchase Agreement ("SPA") between LGE, AF Coop and B&C KB Holding dated May 15, 2021; and

- Signatory on behalf of AF Coop and notice recipient for LGE and AF Coop under the Shareholders Agreement ("SHA") between LGE, AF Coop and B&C KB Holding dated September 29, 2021.  Zimpfer Decl. ¶¶ 11.

14.   Therefore, Dees and Lindsay Goldberg are believed to have knowledge of the business operations, roles and responsibilities of management, supervision of management by board members, accounting procedures, financial reporting, and other activities at the Schur Flexibles Group from at least 2016 (when Lindsay Goldberg's investment funds performed due diligence and then acquired the Schur Flexibles Group) to 2021 (when the LG Sellers divested

---

[2] See Lindsay Goldberg Press Release, *Lindsay Goldberg Acquires Schur Flexibles Group* (Jul. 25, 2016), https://www.lindsaygoldbergllc.com/wp-content/uploads/2019/04/lindsay-goldberg-acquires-schur-flexibles-group.pdf (last accessed on July 13, 2022) (emphasis added).

80% to Applicant), and thereafter. *Id.* ¶ 12. This information is relevant to the German and Austrian Criminal Investigations.

## FACTUAL BACKGROUND

15. Below is a summary of the relevant facts, which are stated upon information and belief. More fulsome accounts of the Austrian and German Criminal Complaints and Investigations are set forth in the Rohregger Decl. and Danckert Decl., respectively.

### I. Lindsay Goldberg Acquires the Schur Flexibles Group and Later Markets It for Sale

16. As noted earlier, on July 25, 2016, Lindsay Goldberg announced that the firm had agreed to acquire the Schur Flexibles Group, a leading manufacturer of flexible packaging products in Europe across a range of end markets including meat and cheese, confectionary, pharmaceutical specialties, and tobacco. Upon information and belief, that investment was held by the LG Sellers: LGE and AF Coop. *See* Zimpfer Decl. ¶¶ 5-7, 10.

17. In February 2017, Thomas Unger joined LGE as a Managing Partner and became the Chairman of the Advisory Board of SF Holding around the same time. *See* Danckert Decl. ¶ 13. Unger had previously been CEO of another major flexible packaging manufacturer headquartered in Vienna, Austria, named Constantia Flexibles Group GmbH ("Constantia"). *Id.*

18. Shortly thereafter, three other individuals left Constantia and joined SF Holding: (i) Michael Schernthaner ("Schernthaner") became the Chief Financial Officer of SF Holding in May 2017 and was promoted to CEO in May 2019; (ii) Michael Fischkin ("Fischkin") became Senior Finance Manager of SF Holding in April 2017 and was promoted to Group Finance Director in July 2019; and (iii) Conny Stöhrer ("Stöhrer") joined SF Holding in April 2017 and was promoted to Head of Group Controlling and Reporting in September 2019. *Id.* ¶ 14. Upon information and belief, Unger played a role in the hiring of Schernthaner, Fischkin and Stöhrer.

*Id.* As described below in Section III and alleged in the German Criminal Complaint, these individuals were involved in the activities at the Schur Flexibles Group that may give rise to criminal charges in Germany and Austria.

19. Upon information and belief, throughout his tenure, Unger had a close working relationship with Schernthaner and often engaged in management decisions, becoming effectively a co-leader rather than properly fulfilling his supervisory duties as the Chairman of the Advisory Board. *Id.* ¶ 15. For example, from mid-2017 through 2021, Unger and Schernthaner exchanged more than 4,500 e-mails, an average of four e-mails per day, with 2,500 of those being without anyone else copied and often from private rather than company e-mail addresses. *Id.* ¶ 16. Furthermore, sometime in early 2020, a decision was evidently made (presumably by Unger and Scherthaner) to discontinue documentation of all meetings and decision-making of the Advisory Board (for which Unger served as Chairman and on which Dees served as a member from, upon information and belief, January 2017 to September 2021). *Id.* ¶ 17. Correspondence between Unger and Schernthaner indicates that they deliberately preferred to keep it that way. *Id.* ¶ 18. Applicant later uncovered, as discussed further below in Section III, evidence that supports criminal investigations into accounting fraud and other misconduct that was occurring at the Schur Flexibles Group. *Id.* ¶¶ 18, 25-27.

20. In 2019, Lindsay Goldberg attempted to sell the Schur Flexibles Group. *Id.* ¶ 19. Upon information and belief, Lindsay Goldberg referred to that plan to exit as "Project Sky" and marketed the Schur Flexibles Group, with Goldman Sachs as its investment banker, to a number of market participants, including Applicant. *Id.* However, in January 2020, shortly before closing, a final bidder withdrew, and the sale was aborted. *Id.* Applicant's post-acquisition investigation revealed that the bidder reportedly had concerns about EBITDA adjustments. *Id.* Information

possessed by Lindsay Goldberg and Dees about the details of "Project Sky" and why it failed will thus be important for the German and Austrian Criminal Investigations.

### II. B&C KB Holding Acquires the Schur Flexibles Group from LGE and AF Coop

21. Lindsay Goldberg began to market the Schur Flexibles Group for sale again in 2021. *Id.* ¶ 20. In January 2021, through the mediation of Horst Bernegger ("Bernegger") of PwC,[3] Unger and Schernthaner contacted a board member of B&C Private Foundation in order to negotiate a sale of the majority shares of the Schur Flexibles Group. *Id.* Lindsay Goldberg's Managing Partner Dees was closely involved in the later sales negotiations. *Id.*

22. Unger, Schernthaner, and Bernegger courted B&C KB Holding with an agreement that initially resulted in an exclusive acquisition opportunity instead of a traditional merger and acquisition ("M&A") auction. *Id.* ¶ 21. In return, the LG Sellers required that there be a fast-track acquisition process and a due diligence period of three weeks. *Id.* In the course of the due diligence, Unger and Schernthaner declined a number of B&C KB Holding's inquiries on the purported grounds that there was not enough time for such "deep dives" and that the agreement of exclusivity for B&C KB Holding had limited duration. *Id.*

23. Additionally, Unger emphasized that Schernthaner was of central importance to the deal and to an eventual initial public offering and that it would be better not to annoy him with any inquiries, because otherwise, there was a risk that he would block a takeover by B&C KB Holding or leave the company. *Id.* ¶ 22. Therefore, the organization within the Schur Flexibles Group

---

[3] In 2017, Schur Flexibles Group changed auditors from Ernst & Young to PwC, shortly after Schernthaner and Fischkin joined. As discussed below in Section III, there is evidence that the process of appointing PwC was manipulated.

10

seemed to be strongly tailored to Schernthaner, who in turn, regularly coordinated with Unger as Chairman of the Advisory Board. *Id.*

24.     On March 19, 2021, B&C KB Holding made a non-binding offer to Lindsay Goldberg. *Id.* ¶ 23. B&C KB Holding ultimately decided to enter into an agreement based in large part on the Schur Flexibles Group's stated EBITDA, a key metric for valuation purposes. *Id.* On or about May 15, 2021, B&C KB Holding agreed to acquire the Schur Flexibles Group from LGE and AF Coop for a purchase price of EUR 258.4 million and other consideration by entering into the SPA. *Id.* ¶ 24. On or about September 30, 2021, the parties closed the transaction. *Id.* As discussed below, B&C KB Holding later discovered strong evidence that the stated EBITDA and other financial metrics were inflated and that, therefore, its interest in Schur Flexibles Group was virtually worthless. *Id.*

### III.    B&C KB Holding Uncovers Large-Scale Irregularities at the Schur Flexibles Group

25.     On December 21 and 22, 2021, Schernthaner and Fischkin, respectively, were terminated from their employment with the Schur Flexibles Group over Unger's objections. *Id.* ¶ 25.

26.     In January 2022, two firms, KPMG and Alvarez & Marsal Disputes and Investigations GmbH, were commissioned to investigate. *Id.* ¶ 26. The investigators have made the following findings (as alleged in greater detail in the Austrian Criminal Complaint and German Criminal Complaint, and the reports by KPMG and Alvarez & Marsal attached thereto):

    a.  The Schur Flexibles Group's financial statements for 2018, 2019 and 2020 were manipulated. For example, the financial statements stated that 2018 EBITDA was approximately EUR 73 million, but according to KPMG the actual 2018 EBITDA was approximately EUR 23.9 million, such that 2018 EBITDA was overstated by

11

approximately EUR 49.1 million; the financial statements stated that 2019 EBITDA was approximately EUR 82.8 million, but according to KPMG the actual 2019 EBITDA was approximately EUR 15.9 million, such that 2019 EBITDA was overstated by approximately EUR 66.9 million; and the financial statements stated that 2020 EBITDA was approximately EUR 78.8 million, but according to KPMG the actual 2020 EBITDA was approximately EUR 33.2 million, such that 2020 EBITDA was overstated by approximately EUR 45.6 million.. Therefore, B&C KB Holding is a victim and suffered damages. *Id.* ¶ 26(a).

b. KPMG identified the following categories of manipulation of accounting entries that resulted in material incorrectness:

   i. Unjustified capitalization of fixed assets;

   ii. Unjustified capitalization of inventories and receivables;

   iii. Offsets to the parent company without a documented legal basis;

   iv. Unjustified reclassification of expense in the income statement to areas outside the operating result;

   v. Miscellaneous other entries (*e.g.*, new entry of business transactions already recorded in the individual Group companies). *Id.* ¶ 26(b).

c. For example, when expenses were improperly recorded as capital expenditures instead of operating expenses, those transactions made EBITDA appear artificially high. *Id.* ¶ 26(c). Operating expenses are deducted from income and therefore reduce EBITDA. *Id.* However, because capital expenditures do not affect EBITDA, mischaracterizing operating expenses as capital expenditures artificially inflates EBITDA. *Id.* This in turn caused the inflated purchase price. *Id.*

d.  Alvarez & Marsal found strong indications that the tender process, in which PwC was selected as successor to the prior auditor Ernst & Young, was manipulated. *Id.* ¶ 26(d). For example, there is no evidence that Ernst & Young submitted a bid or that KPMG was considered. *Id.* Thus, PwC was the only bidder. *Id.* Dees signed the formal resolution appointing PwC as auditor for the consolidated financial statements of Atlas. *Id.* Schernthaner maintained a close personal relationship with the PwC partner handling Schur Flexibles Group's account; dictated to him how capitalization was to be viewed; and asked him to help Unger's daughter receive a student placement at PwC, which the daughter did receive. *Id.* In all, PwC did not apply proper scrutiny to the Schur Flexibles Group. *Id.*

e.  In 2021, Schernthaner and Fischkin misappropriated more than EUR 4.8 million from SF Holding. *Id.* ¶ 26(f); Rohregger Decl. ¶¶ 11, 15.

f.  In 2021, Schernthaner and Fischkin entered into leases for two luxury apartments at Mayfair House in London for personal use and caused SF Holding to pay a deposit of GBP 280,000 and one year rent of GBP 1,820,000, payable in advance, without any business purpose or justification and without the knowledge or consent of SF Holding. *See* Danckert Decl. ¶ 26(g); Rohregger Decl. ¶ 12. Because the leases can probably not be terminated until November 30, 2023, SF Holding may suffer damages of at least EUR 6 million, provided that the termination of the contract proves possible after the expiry of two years. *Id.*

g.  In 2021, Schernthaner and Fischkin entered into contracts with vendors to furnish and hire staff for the Mayfair House apartments, for their personal use, and caused

    SF Holding to spend EUR 1,662,411 without justification or authority. *See* Danckert Decl. ¶ 26(h); Rohregger Decl. ¶¶ 13-14.

 h. In 2019-2021, Schernthaner, Fischkin and Stöhrer were overpaid EUR 8,028,487.04 in compensation without justification or authority. *See* Danckert Decl. ¶ 26(i); Rohregger Decl. ¶ 17.

 i. In 2017–2021, Schernthaner and Fischkin entered without authority into multiple questionable consultancy contracts with vendors. *See* Danckert Decl. ¶ 26(j); Rohregger Decl. ¶¶ 18-20. For instance, it appears that Unger and LGE facilitated the engagement of Stern Stewart & Co. Ltd., which was engaged in the EBITDA improvement and other projects. *Id.* In the case of at least two vendors, there is evidence of Schernthaner may have received kickbacks. *Id.* As a result of the payments on the improper contracts, SF Holding suffered damages of EUR 5,541,870. *Id.*

 j. This information was not disclosed to B&C KB Holding prior to its acquisition of an 80% equity interest in the Schur Flexibles Group from the LG Sellers. *See* Danckert Decl. ¶ 27.

### IV. The Austrian and German Criminal Investigations

27. In March 2022, SF Holding's counsel filed with the WKStA the Austrian Criminal Complaint, consisting of a complaint dated March 2, 2022, and addenda dated March 8 and March 31, 2022. Rohregger Decl. ¶ 8. The factual allegations contained in the Austrian Criminal Complaint are summarized in Section III(e) – (j) above and in the Rohregger Decl. *Id.* ¶¶ 11-20. B&C KB Holding will be able and intends to submit additional evidence to the WKStA to ensure that the scope of the investigation includes possible crimes against B&C KB Holding. *Id.* ¶ 28.

14

The Austrian Prosecutor is investigating fraud, misconduct, manipulation of financial statements, and acceptance of gifts and bribery of officials or agents, including by conducting searches of the homes of Schernthaner, Fischkin, and Stöhrer. *Id.* ¶ 26.

28. On April 29, 2022, B&C KB Holding filed with the Düsseldorf Public Prosecutor's Office the German Criminal Complaint against Unger. *See* Danckert Decl. ¶ 9. The German Criminal Complaint alleges that Unger, who lives in Germany, likely knew about the misconduct, fraud, manipulation of financial statements, breaches of fiduciary duties and other potentially criminal conduct but did not disclose them to B&C KB Holding prior to the acquisition. *Id.* ¶¶ 9-11. This may give rise to charges or claims of fraud in a particularly serious case in violation of § 263 of the German Criminal Code; aiding and abetting misrepresentation in violation of §331 of the German Commercial Code; false statements in violation of § 82 of the German Limited Liability Company Act; aiding and abetting embezzlement in a particularly serious case in violation of §§ 27 and 266 of the German Criminal Code; corruption in business dealings in violation of § 299 of the German Criminal Code; and, other charges or claims. *Id.* The Düsseldorf Public Prosecutor's Office opened an investigation which is currently ongoing. *Id.* ¶ 32.

**V.     Lindsay Goldberg and Michael Dees Likely Have Evidence Relevant to the Austrian and German Criminal Proceedings**

29. Upon information and belief, Lindsay Goldberg and Dees possess knowledge and documentary evidence concerning the Schur Flexibles Group's finances and business operations, management reporting structure, financial reporting, board supervision, and accounting and auditing, among other things, which are highly relevant to the Austrian and German Criminal Investigations.

30. As outlined above, Lindsay Goldberg touted its acquisition of the Schur Flexibles Group in 2016, with Dees stating "[w]e are very excited *to partner with and support the Schur*

15

*management team* as it continues to pursue its successful growth strategy."[4]   Thereafter, Lindsay Goldberg undertook two sales processes: the first with Goldman Sachs as investment banker resulting in an aborted deal and the second intermediated by PwC resulting in the sale to Applicant five years after Lindsay Goldberg's acquisition of the Schur Flexibles Group.

31.     Dees, in the meantime, was Managing Director of Atlas when it was 100% owner of the Schur Flexibles Group.  *See* Zimpfer Decl. ¶¶ 11-12.  Dees was also Lindsay Goldberg's Managing Partner responsible for its European investments, a member of the Lindsay Goldberg investment committee, a Director of LG Seller AF Coop, and a member of the Advisory Board of Schur Flexibles Group company, SF Holding.  *Id.*; Rosenbaum Decl. ¶ 10.  Dees was also AF Coop's "Knowledge Bearer and Due Enquiry Person" under the SPA.  Zimpfer Decl. ¶¶ 11-12.  Essentially this meant that Dees's knowledge was deemed highly relevant and could be attributed to AF Coop as seller of its interest in the Schur Flexibles Group to Applicant).  *Id.*  Dees also executed the SPA on behalf of AF Coop as its Director.  *Id.*

32.     In addition, as reflected in the German Criminal Complaint (including the report by Alvarez & Marsal attached thereto), Dees (a) signed the formal resolution appointing PwC as auditor for the consolidated financial statements of Atlas Flexibles GmbH (*see* Danckert Decl. ¶ 26(d)); (b) received numerous communications concerning Schur Flexibles Group (*id.* ¶ 16); (c) was involved in negotiations concerning the sale of the Schur Flexibles Group to B&C KB Holding (*id.* ¶ 20); and (d) would likely have information concerning the decision to suspend documenting the decisions of the Advisory Board (*id.* ¶ 17).

---

[4] Lindsay Goldberg Press Release, *Lindsay Goldberg Acquires Schur Flexibles Group* (Jul. 25, 2016), https://www.lindsaygoldbergllc.com/wp-content/uploads/2019/04/lindsay-goldberg-acquires-schur-flexibles-group.pdf (last accessed on July 13, 2022) (emphasis added).

### VI. Applicant Can Submit Evidence in the Austrian and German Criminal Proceedings

33. The Austrian Criminal Investigation has passed the initial stage at which the Prosecutor must determine whether an initial suspicion ("Anfangsverdacht") exists. *See* Rohregger Decl. ¶¶ 22, 25. The Austrian Criminal Investigation is now in the active investigation stage ("Ermittlungsverfahren") and the police has already searched the homes of Schernthaner, Fischkin and Stöhrer. *Id.* ¶¶ 23-26. If the investigation reveals that sufficient grounds for suspicion exist, the Prosecutor will be obligated to file charges against the suspects. *Id.* ¶ 24. Under Austrian criminal procedure, B&C KB Holding is permitted to submit additional evidence to the Prosecutor in Austria, including evidence obtained through this proceeding pursuant to Section 1782. *Id.* ¶¶ 28, 31.

34. As discussed above, B&C KB Holding has filed the German Criminal Complaint against Unger. The German Criminal Investigation has passed the initial stage of Anfangsverdacht and entered into the Ermittlungsverfahren stage. *See* Danckert Decl. ¶¶ 29-32. The Prosecutor is now obliged to investigate the allegations and, in the event sufficient grounds for suspicion exist, bring charges against the suspect. *Id.* Under German criminal procedure, B&C KB Holding, will be able to submit additional evidence to the Prosecutor in Germany, including evidence obtained through this proceeding pursuant to Section 1782. *Id.* ¶ 34.

### RELIEF REQUESTED

35. By this Application, B&C KB Holding seeks permission to gather evidence, including subpoenas for documents and depositions, from Lindsay Goldberg and Dees for use in the Austrian Criminal Investigation and German Criminal Investigation into apparent fraud, manipulation of financial statements, breaches of fiduciary duties and other potentially criminal

conduct at and surrounding the Schur Flexibles Group.  B&C KB Holding respectfully requests that the Court permit it to serve the subpoenas attached to the Rosenbaum Decl. as Exhibits A-D.

Dated:      July 14, 2022
            New York, New York

                                    Respectfully submitted,

                                     s/ Zachary D. Rosenbaum
                                    Zachary D. Rosenbaum
                                    Josef M. Klazen
                                    Leif T. Simonson
                                    zachary.rosenbaum@kobrekim.com
                                    jef.klazen@kobrekim.com
                                    leif.simonson@kobrekim.com
                                    KOBRE & KIM LLP
                                    800 Third Avenue
                                    New York, New York 10022
                                    T: +1 212 488 1200
                                    F: +1 212 488 1220

                                    *Attorneys for Applicant*
                                    *B&C KB Holding GmbH*