**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE MATTER OF THE *EX PARTE* APPLICATION OF B&C KB HOLDING GMBH FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 FROM GOLDBERG LINDSAY & CO. LLC D/B/A LINDSAY GOLDBERG AND MICHAEL DEES | Case No. 22-mc-180 |

**NOTICE OF THE *EX PARTE* APPLICATION OF B&C KB HOLDING GMBH**
**FOR AN ORDER TO TAKE DISCOVERY**
**PURSUANT TO 28 U.S.C. § 1782**

**PLEASE TAKE NOTICE** that B&C KB Holding GmbH, upon the accompanying Application, Memorandum of Law, Declaration of Dr. Michael Rohregger, Declaration of Thomas Zimpfer, Declaration of Dr. Jakob Danckert, Declaration of Zachary D. Rosenbaum, all exhibits attached thereto, and all other evidence the Court deems appropriate, petitions this Court, pursuant to 28 U.S.C. § 1782, for an order granting this Application to serve subpoenas on respondents Goldberg Lindsay & Co. LLC and Michael Dees.

1

Dated:        July 14, 2022
              New York, New York

                              Respectfully submitted,

                               s/ Zachary D. Rosenbaum
                              Zachary D. Rosenbaum
                              Josef M. Klazen
                              Leif T. Simonson
                              zachary.rosenbaum@kobrekim.com
                              jef.klazen@kobrekim.com
                              leif.simonson@kobrekim.com
                              KOBRE & KIM LLP
                              800 Third Avenue
                              New York, New York 10022
                              T: +1 212 488 1200
                              F: +1 212 488 1220

                              *Attorneys for Applicant*
                              *B&C KB Holding GmbH*