UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| IN RE MATTER OF THE APPLICATION OF B&C KB HOLDING GMBH FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 FROM GOLDBERG LINDSAY & CO. LLC D/B/A LINDSAY GOLDBERG AND MICHAEL DEES |

### DECLARATION OF THOMAS ZIMPFER IN SUPPORT OF THE APPLICATION FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782

THOMAS ZIMPFER hereby declares as follows:

1. I am a Managing Director at B&C KB Holding GmbH ("B&C KB Holding" or "Applicant"). My business address is Palais Ephrussi, Universitätsring 14, 1010 Vienna, Austria.

2. Except as otherwise indicated, all the facts set forth in this Declaration (the "Declaration") are based upon my own personal knowledge or based upon my review of relevant documents.

3. I respectfully submit this Declaration in support of B&C KB Holding's Application for an Order pursuant to 28 U.S.C. § 1782 authorizing its counsel to issue and serve subpoenas for documents, electronically stored information, and testimony from Goldberg Lindsay & Co., LLC ("Lindsay Goldberg") and Michael Dees, who I understand is a Managing Partner at Lindsay Goldberg in New York.

4. B&C KB Holding is a private company located in Vienna, Austria. B&C KB Holding is indirectly wholly owned by B&C Privatstiftung, an Austrian private foundation whose purpose is to promote Austrian entrepreneurship.

1

5. On September 30, 2021, the Applicant purchased an 80% ownership interest in the European-based Schur Flexibles Group of companies, for a purchase price of approximately EUR 258.4 million and other consideration, from Atlas Flexibles Coöperatief U.A. ("AF Coop") and Lindsay Goldberg Europe GmbH ("LGE") (together, the "LG Sellers").

6. More specifically, B&C KB Holding acquired an 80% interest in Atlas which, in turn, owns 100% of Schur Flexibles GmbH ("SF"). SF directly owns 100% of Schur Flexibles Holding GmbH ("SF Holding"). SF Holding directly or indirectly holds majority interests in numerous other affiliates. Atlas and its subsidiaries and affiliates collectively will be referred to as the "Schur Flexibles Group" or "Schur." The base purchase price for the 80% interest purchased by B&C KB Holding was EUR 258.4 million. B&C KB Holding paid additional consideration to complete the acquisition as well, including a EUR 19.3 million shareholder loan and certain reimbursement payments.

7. Schur is an international manufacturer of flexible packaging products in Europe across a range of end markets including meat and cheese, confectionary, pharmaceutical specialties and tobacco with its headquarters in Austria.

8. As detailed in the accompanying declarations of Dr. Michael Rohregger and Dr. Jakob Danckert, criminal investigations are ongoing in Austria and Germany, respectively, that are predicated on criminal complaints instituted in both countries. As Drs. Rohregger and Danckert explain, these criminal proceedings stem from evidence of manipulation of financial statements, misappropriation of monies, and other indications of misconduct that occurred at the Schur Flexibles Group.

9. In or about June 2022, B&C KB Holding agreed to turn over all of its shares in Schur Flexibles Group to certain of Schur's creditors through a restructuring transaction that I

believe was necessitated by the financial schemes and other conduct under criminal investigation in Germany and Austria; consequently, at present, B&C KB Holding has suffered a loss of virtually its entire investment plus additional costs and harms.

10. Lindsay Goldberg described its acquisition of the Schur Flexibles Group in 2016 as its "second investment in a European packaging company" and quoted Mr. Dees saying: "The acquisition of Schur Flexibles aligns perfectly with Lindsay Goldberg's investment strategy in Germany and other markets. We are very excited *to partner with and support the Schur management team* as it continues to pursue its successful growth strategy."[1]

11. Mr. Dees' statement in 2016 that Lindsay Goldberg intended to partner with and support Schur management is consistent with my understanding of what occurred thereafter. For example, I understand Mr. Dees had the following roles with respect to the Schur Flexibles Group:

- Member of the Advisory Board of SF Holding;

- Managing Director of Atlas (August 8, 2016 – May 19, 2017);

- Director of AF Coop;

- AF Coop's "Knowledge Bearer and Due Enquiry Person" under the Share Purchase Agreement ("SPA") between LGE, AF Coop and B&C KB Holding dated May 15, 2021 (essentially this meant that Dees's knowledge was deemed highly relevant and could be attributed to AF Coop as seller of its interest in the Schur Flexibles Group to Applicant); and

---

[1] *See* Lindsay Goldberg Press Release, *Lindsay Goldberg Acquires Schur Flexibles Group* (Jul. 25, 2016), https://www.lindsaygoldbergllc.com/wp-content/uploads/2019/04/lindsay-goldberg-acquires-schur-flexibles-group.pdf (last accessed on July 13, 2022) (emphasis added).

3

- Signatory on behalf of AF Coop and notice recipient for LGE and AF Coop under the Shareholders Agreement ("SHA") between LGE, AF Coop and B&C KB Holding dated September 29, 2021.

12. I believe Mr. Dees and Lindsay Goldberg have knowledge of the business operations, roles and responsibilities of management, supervision of management by board members, accounting procedures, financial reporting, and other activities at the Schur Flexibles Group from at least 2016 (when Lindsay Goldberg-related investment funds performed diligence and then acquired the Schur Flexibles Group) to 2021 (when the LG Sellers divested 80% to Applicant in 2021), and thereafter. I also understand this information would be relevant to the German and Austrian criminal investigations.

13. Applicant intends to submit additional evidence to the prosecutors for use in the Austrian and German criminal investigations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on July 13, 2022.
Vienna, Austria

_____
Thomas Zimpfer