**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

**IN RE MATTER OF THE *EX PARTE*
APPLICATION OF B&C KB HOLDING
GMBH FOR AN ORDER TO TAKE
DISCOVERY PURSUANT TO 28 U.S.C.
§ 1782 FROM GOLDBERG LINDSAY &
CO. LLC D/B/A LINDSAY GOLDBERG
AND MICHAEL DEES**

**22-MC-180 (LAK)(VF)**

**ORDER**

-------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On July 20, 2022, this case was assigned to me for general pretrial supervision and to report and recommend on dispositive motions. Parties are directed to meet and confer and to submit a proposed briefing schedule for the *ex parte* application to the Court by August 2, 2022 at 5:00 p.m.

**SO ORDERED.**

DATED:   New York, New York
         July 26, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge