UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re: the ex parte application of
B&C KB HOLDING GMBH,

                Applicant,

For an order pursuant to 28 U.S.C. § 1782
permitting Applicant to issue subpoenas in aid
of foreign proceedings to:

GOLDBERG LINDSAY & CO. LLC d/b/a
LINDSAY GOLDBERG, and MICHAEL
DEES,

                Respondents.
-----------------------------------------------------------------X

22-mc-00180 (LAK) (VF)

**ORDER SCHEDULING
DISCOVERY CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge**

      The conference in this matter to discuss the outstanding discovery issues and the pending request for a stay referenced in the parties' letters at ECF Nos. 69, 72, and 74 is **rescheduled for Monday, July 10, 2023, at 10:30 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conferences for the most up to date information.

      **SO ORDERED.**

DATED:   New York, New York
                June 23, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge