UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MATTER OF THE *EX PARTE* APPLICATION OF B&C KB HOLDING GMBH FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 FROM GOLDBERG LINDSAY & CO. LLC D/B/A LINDSAY GOLDBERG AND MICHAEL DEES | Case No. 22-mc-180-LAK-VF |

## NOTICE OF APPEAL

Notice is hereby given that Goldberg Lindsay & Co. LLC and Michael Dees, respondents in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Memorandum and Order overruling Respondents' Objection (ECF No. 56) to the U.S. Magistrate Judge Valerie Figueredo's February 6, 2023 Order Granting B&C KB Holding GmbH's *Ex Parte* Application for an Order to Take Discovery Pursuant to 28 U.S.C. § 1782 (ECF No. 44), dated and entered in this action on the 8th day of June, 2023 (ECF No. 71).

Dated: New York, New York
July 10, 2023

LATHAM & WATKINS LLP

*/s/ Eric F. Leon*

Eric F. Leon
Jooyoung Yeu
Tyler M. Halloran
1271 Avenue of the Americas
New York, New York 10020
(212) 906-1200
eric.leon@lw.com
jooyoung.yeu@lw.com
tyler.halloran@lw.com

*Attorneys for Respondents*