UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re: the ex parte application of
B&C KB HOLDING GMBH,

                    Applicant,                    22-mc-00180 (LAK) (VF)

For an order pursuant to 28 U.S.C. § 1782
permitting Applicant to issue subpoenas in aid
of foreign proceedings to:

**ORDER SCHEDULING
IN-PERSON CONFERENCE**

GOLDBERG LINDSAY & CO. LLC d/b/a
LINDSAY GOLDBERG, and MICHAEL
DEES,

                    Respondents.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      The conference in this matter to discuss the pending Motion to Quash (ECF No. 91), and any other outstanding issues, scheduled for Monday, December 18, 2023, at 10:00 a.m. is hereby **rescheduled for Thursday, January 18, 2024, at 2:00 p.m.** The parties are directed to appear in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York at the newly scheduled time.

      Should the parties wish to submit any additional information pertaining to the development referenced in Respondents' letter at ECF No. 110, they are directed to do so by no later than January 11, 2024. The Clerk of Court is directed to terminate the motion at ECF No. 110.

      **SO ORDERED.**

DATED:    New York, New York
              December 14, 2023

                                                VALERIE FIGUEREDO
                                                United States Magistrate Judge