UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re: the ex parte application of
B&C KB HOLDING GMBH,

                          Applicant,              22-mc-00180 (LAK) (VF)

For an order pursuant to 28 U.S.C. § 1782
permitting Applicant to issue subpoenas in aid
of foreign proceedings to:

**ORDER DIRECTING STATUS UPDATE**

GOLDBERG LINDSAY & CO. LLC d/b/a
LINDSAY GOLDBERG, and MICHAEL
DEES,

                          Respondents.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      The parties are directed to file a joint status update as to the status of discovery on or before **Monday, December 16, 2024**.

      SO ORDERED.

DATED:    New York, New York
               November 21, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge