# Exhibit B

# (Part 1 of 2)



1

```
1              IN THE UNITED STATES DISTRICT COURT

2                 SOUTHERN DISTRICT OF NEW YORK

3

4    IN RE MATTER OF THE EX PARTE        )
     APPLICATION OF B&C KB HOLDING       )
5    GMBH FOR AN ORDER TO TAKE           ) Case No.
     DISCOVERY PURSUANT TO 28 U.S.C.     ) 22-MC-180
6    § 1782 FROM GOLDBERG LINDSAY &      )
     CO. LLC D/B/A LINDSAY GOLDBERG      )
7    AND MICHAEL DEES,                   )

8

9

10

11

12       VIDEO-RECORDED DEPOSITION OF MICHAEL DEES

13

14                  New York, New York

15             Thursday, December 19, 2024

16

17

18

19   Reported by:
     Jeffrey Benz, CRR, RMR
20   Job No. 965979

21

22

23

24

25
```

2

1

2           VIDEO-RECORDED DEPOSITION of MICHAEL DEES,

3     taken at the offices of Kobre & Kim LLP, 800 Third

4     Avenue, New York, New York, on December 19, 2024,

5     commencing at 1:06 p.m., before Jeffrey Benz, a

6     Certified Realtime Reporter, Registered Merit

7     Reporter and Notary Public within and for the

8     State of New York.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 1:22-mc-00180-LAK-VF    Document 153-2    Filed 01/17/25    Page 4 of 75
The Ex Parte Application of B&C KB Holding GmbH
Michael Dees
December 19, 2024

21

3

```
 1    A P P E A R A N C E S:

 2

 3         KOBRE & KIM, LLP

 4         Attorneys for B&C KB Holding GMBH

 5              800 Third Avenue

 6              New York, New York    10022

 7    BY:    ZACHARY ROSENBAUM, ESQ.

 8           LEIF T. SIMONSON, ESQ.

 9           IGOR MARGULYAN, ESQ.

10           212.488.1200

11           zachary.roesnbaum@kobrekim.com

12           leif.simonson@kobrekim.com

13           igor.margulyan@kobrekim.com

14

15         LATHAM & WATKINS LLP

16         Attorneys for Lindsay Goldberg

17              1271 Avenue of the Americas

18              New York, New York    10022

19    BY:    ERIC LEON, ESQ.

20           JOOYOUNG YEU, ESQ.

21           212.906.4759

22           eric.leon@lw.com

23           jooyoung.yeu@lw.com

24

25
```

4

1
   A P P E A R A N C E S: (Ctd.)

2

3   ALSO PRESENT:

4      INGRID RODRIGUEZ, Videographer

5      THOMAS ZIMPFER

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

5

```
 1                              INDEX

 2    MICHAEL DEES

 3          Examination by:                        Page

 4              MR. ROSENBAUM              10, 264, 271

 5              MR. LEON                       261, 270

 6

 7                            EXHIBITS
```

| Number | Description | Page |
|--------|-------------|------|
| Exhibit 1 | Dun & Bradstreet Credit Report dated as of April 17, 2022 | 24 |
| Exhibit 2 | Document with Bates LG 14599 | 35 |
| Exhibit 3 | Fund IV structures chart | 39 |
| Exhibit 4 | Shareholders resolution of Schur Flexibles GmbH with corporate seat in Berlin | 42 |
| Exhibit 5 | Three resolutions | 50 |
| Exhibit 6 | Email from Mr. Dees to Alan Goldberg dated March 29, 2016 | 63 |
| Exhibit 7 | Email chain | 70 |
| Exhibit 8 | November 18, 2016, email from Thomas Ludwig to Alan Goldberg, John Aiello and Michael Dees | 75 |
| Exhibit 9 | Email, with attachments, from Thomas Ludwig to Michael Dees, dated December 15, 2016 | 78 |

6

| 1  | Exhibit 10  | Email, with attachments, from Thomas Ludwig to Michael Dees, dated December 15, 2016 | 78 |
| 2  |             |                                                                                     |    |
| 3  |             |                                                                                     |    |
|    | Exhibit 11  | Email dated June 30, 2017, from Mr. Dees to Mr. Narayan                              | 86 |
| 4  |             |                                                                                     |    |
| 5  |             |                                                                                     |    |
|    | Exhibit 12  | Email from Shannon Reeves to Vincent Ley, with a copy to Mr. Dees, dated September 27, 2019 | 88 |
| 6  |             |                                                                                     |    |
| 7  |             |                                                                                     |    |
| 8  | Exhibit 13  | Email from Thomas Ludwig to Michael Dees and Mr. Goldberg, with copy to Mr. Unger and Paul Pruss, dated January 19, 2018 | 100 |
| 9  |             |                                                                                     |    |
| 10 |             |                                                                                     |    |
| 11 | Exhibit 14  | Email chain, first email from Mr. Dees to Mr. Narayan                               | 103 |
| 12 |             |                                                                                     |    |
| 13 | Exhibit 15  | Email from Mr. Unger to Mr. Dees, dated August 3, 2018, with an attached press release | 110 |
| 14 |             |                                                                                     |    |
| 15 |             |                                                                                     |    |
|    | Exhibit 16  | Email chain with attachment, with top email from Mr. Unger to Mr. Dees dated June 4, 2019 | 112 |
| 16 |             |                                                                                     |    |
| 17 |             |                                                                                     |    |
| 18 | Exhibit 17  | Document in German                                                                  | 119 |
| 19 | Exhibit 17A | Translation of document in German                                                   | 119 |
| 20 |             |                                                                                     |    |
|    | Exhibit 18  | Email from Maggie Hines to Mr. Dees, with a number of cc's, title is "Presentation - Thomas Unger" | 146 |
| 21 |             |                                                                                     |    |
| 22 |             |                                                                                     |    |
| 23 |             |                                                                                     |    |
| 24 |             |                                                                                     |    |
| 25 |             |                                                                                     |    |

The Ex Parte Application of B&C KB Holding GmbH

Michael Dees
December 19, 2024                          25

7

| | | | |
|---|---|---|---|
| 1 | Exhibit 19 | Cover email from Mr. Schernthaner, dated December 15, 2020, to, among others, Mr. Dees, for an advisory board meeting on the 17th of December | 150 |
| 5 | Exhibit 20 | Email chain beginning with Bates LG 36529 | 155 |
| 7 | Exhibit 21 | Email dated August 20, 2019 from Mr. Dees to Sarah-MarieMartin@GS.com | 161 |
| 9 | Exhibit 22 | Email from Mr. Dees to Alan Goldberg | 165 |
| 10 | Exhibit 23 | Email from Michael Sexton to Christina Bosse-Janzing dated September 3, 2019, 1536 | 169 |
| 12 | Exhibit 24 | Email chain beginning with Bates number LG 3660 | 172 |
| 14 | Exhibit 25 | Project Sky Bid Document - Phase I | 176 |
| 15 | Exhibit 26 | Email chain with first page LG 37983 | 179 |
| 17 | Exhibit 27 | Bottom email in the chain November 7, 2019 at 3:47, from Matthias Wich to, among others, Mr. Dees and Mr. Unger | 181 |
| 20 | Exhibit 28 | Project Sky Discussion Materials and email exchange between Mr. Dees and Mr. Unger | 184 |
| 22 | Exhibit 29 | Document in German and translated into English, Managing Director Agreement | 193 |
| 25 | | | |

Case 1:22-mc-00180-LAK-VF  Document 153-2  Filed 01/17/25  Page 9 of 75
The Ex Parte Application of B&C KB Holding GmbH                      Michael Dees
                                                                   December 19, 2024

8

| 1 | Exhibit 30 | Certified English translation of a document originally in German | 199 |
| 2 | | | |
| 3 | Exhibit 31 | Email exchange beginning with Bates LG 28890 | 216 |
| 4 | | | |
| 5 | Exhibit 32 | Email between Philipp Schall and Daniel Routh, dated March 19, 2020, heading "As Discussed" | 222 |
| 6 | | | |
| 7 | Exhibit 33 | Shareholder resolution in the year 2022 appointing Deloitte as auditor for Schur group | 229 |
| 8 | | | |
| 9 | | | |
| 10 | Exhibit 34A | German original audit of consolidated financial statements as of December 31, 2021 | 229 |
| 11 | | | |
| 12 | Exhibit 34B | Certified translation | 230 |
| 13 | Exhibit 35 | Email dated October 9, 2019, from Maxime Kantenwein, to Mr. Dees, among others, Project Sky Initial Lender Feedback | 240 |
| 14 | | | |
| 15 | | | |
| 16 | Exhibit 36 | Email from Connie Lu to, among others, Maggie Hines | 243 |
| 17 | | | |
| 18 | Exhibit 37 | Email from Connie Lu to Maggie Hines, Shannon Reeves, copying Daniel Routh, attaching Schur Q4 2018 valuation | 244 |
| 19 | | | |
| 20 | | | |
| 21 | Exhibit 38 | Email chain in English and German with certified English translation | 247 |
| 22 | | | |
| 23 | Exhibit 39 | Loan agreement between Atlas Flexibles GmbH and Schur Flexibles Uni SAS | 254 |
| 24 | | | |
| 25 | | | |

9

1    Exhibit 40    Agreement for financial    254
              support between Atlas
2             Flexibles GmbH and Schur
              Flexibles Uni SAS
3
      Exhibit 41    Series of text messages    259
4
      Exhibit 42    Deposition transcript of    271
5             Eric Fry

6

7                        *******

8

9    WITNESS DIRECTED NOT TO ANSWER:

10

      Page 14
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 1:22-mc-00180-LAK-VF   Document 153-2   Filed 01/17/25   Page 11 of 75
The Ex Parte Application of B&C KB Holding GmbH                          Michael Dees
                                                                    December 19, 2024

                                                                              10

 1              THE VIDEOGRAPHER:  We are now on the

 2      record.  My name is Ingrid Rodriguez.  I'm a

 3      videographer retained by Lexitas.

 4              This is a video deposition for the United

 5      States District Court, Southern District of

 6      New York.

 7              Today's date is December 19, 2024, and the

 8      time is 1:06 p.m.  This deposition is being

 9      held at Kobre & Kim, LLP, New York, New York,

10      in re -- In Re Matter of the Ex Parte

11      Application of B&C Holding -- KB Holding GmbH

12      for an Order to take Discovery Pursuant to

13      28 U.S.C. 1782 from Goldberg Lindsay & Co. LLC,

14      d/b/a Lindsay Goldberg and Michael Dees.

15              The deponent is Michael Dees.  All parties

16      will be noted on the stenographic record.  The

17      court reporter is Jeff Benz, and will now swear

18      in the witness.

19  MICHAEL DEES,

20      called as a witness, having been first

21      duly sworn by Jeffrey Benz, a Notary

22      Public within and for the State of New

23      York, was examined and testified as

24      follows:

25

17

1    you have a right, under the United States

2    Constitution, not to incriminate yourself?

3                MR. LEON:  Objection.  Asked and answered.

4        Q.   You can answer.

5        A.   On the advice of counsel, I will not

6    answer.

7        Q.   Okay.  You joined Lindsay Goldberg in

8    2004.  Do I have that right?

9        A.   Yes.

10       Q.   And before that, you were a banker with

11   Morgan Stanley.  Do I have that right?

12       A.   I was an employee of Morgan Stanley.

13       Q.   What -- what did you do at Morgan Stanley?

14       A.   I worked in the private equity division.

15       Q.   And you wouldn't call yourself a banker at

16   Morgan Stanley?

17       A.   Not prior to my time at Lindsay Goldberg.

18       Q.   Okay.  You became a partner at Lindsay

19   Goldberg in 2008.  Do I have that right?

20       A.   Yes.

21       Q.   And in 2020, you became the managing

22   partner for Lindsay Goldberg.  Is that right?

23                MR. LEON:  Object to form.

24       A.   I became a managing partner at

25   Lindsay Goldberg.

18

 1        Q.   And in -- so we're clear on the record --

 2   and I think you and I have a common understanding,

 3   but we'll -- we'll try to establish that.

 4             When I say "Lindsay Goldberg" in this

 5   context, I'm talking about Goldberg Lindsay & Co.,

 6   LLC, that does business as Lindsay Goldberg.  Is

 7   that the same understanding you have?

 8        A.   Yes, it is.

 9        Q.   And that's where you've been employed

10   since 2004.

11        A.   Yes, it is.

12        Q.   And that is where you are a managing

13   partner, correct?

14        A.   Yes.

15        Q.   What is a managing partner at

16   Lindsay Goldberg?

17        A.   Managing partner is a -- executive who

18   manages the investment team.

19        Q.   How many managing partners are there at

20   Lindsay Goldberg?

21        A.   There are two.

22        Q.   Who are they?

23        A.   Myself and Russell Triedman.

24        Q.   Prior to you becoming a managing partner

25   in 2020, who was the managing partner or partners?

20

```
 1         Q.   Do you report to either Mr. Lindsay or

 2   Mr. Goldberg in your capacity as managing partner?

 3         A.   I report to Mr. Goldberg.

 4         Q.   Have you reported to Mr. Goldberg since --

 5   consistently since you became a partner at

 6   Lindsay Goldberg in 2008?

 7         A.   Yes.

 8         Q.   In 2016, a -- a fund that is managed by

 9   Lindsay Goldberg acquired an entity called Schur

10   Flexibles.  I'll -- I'll say it generally and then

11   we could -- we could get to the agreement on terms

12   as we go.  But as a general matter, is that

13   statement correct?

14              MR. LEON:  Object to form.

15         A.   Yes, it is.

16         Q.   Okay.  And in -- and if I have this right,

17   Schur, when -- when it was acquired, was acquired in

18   part by entities that are ultimately owned by a fund

19   called Fund IV that's managed by Lindsay Goldberg?

20   Do I have that right?

21              If you know.

22         A.   That would be a shortened form of it.

23         Q.   Okay.  And in terms of the

24   Lindsay Goldberg side of the acquisition, what was

25   your involvement, if any, in the process of deciding
```

21

1   to acquire an interest in Schur?

2        A.   With respect to the decision to acquire

3   Schur, I was a member of the investment committee

4   that approved the transaction.

5        Q.   Were you -- and I'll use this term

6   colloquially, and in -- again, it's your testimony,

7   so I want to make sure we get to terms we agree on,

8   were you the deal team lead for that acquisition?

9             MR. LEON:   Object to form.

10       Q.   You can answer.

11       A.   Yes, I was.

12       Q.   And I want to break down those two

13  responsibilities.   In the -- in the period prior to

14  the acquisition, what is -- what was your function

15  as deal team lead?

16       A.   I oversaw the internal team's diligence of

17  the transaction.   I oversaw the -- I oversaw our

18  team which oversaw a number of the advisors with

19  respect to the transaction.

20       Q.   And what was your role on the investment

21  committee?

22       A.   I was one of the members of the investment

23  committee who voted for or against the transaction.

24       Q.   Who were the other members, if you recall,

25  of the investment committee in 2016?

22

1      A.   I don't recall all of them.  It would

2  likely have included Mr. Goldberg, and other

3  partners of its firm.

4      Q.   And subsequent to the acquisition, after

5  the acquisition was made, what was your

6  responsibility as deal team lead during that period?

7      A.   I no longer had a role as deal team lead

8  after the acquisition.

9      Q.   Okay.  Did you have a role with respect to

10  the investment other than that in your capacity as

11  investment committee member after the acquisition?

12      A.   I was a member of the advisory board for

13  Schur.

14      Q.   For internal purposes, were you designated

15  in any capacity as being responsible for

16  Lindsay Goldberg's investment in Schur?

17           MR. LEON:  Object to form.

18      A.   Was no formal designation.

19      Q.   Okay.  But you said you were appointed to

20  Schur's -- and we can get -- we'll get into the

21  specific entities, but to your understanding,

22  Schur's advisory board after the acquisition,

23  correct?

24      A.   Correct.

25      Q.   And as I understand it, this -- the

23

1   investment that was made by the fund managed by

2   Lindsay Goldberg in Schur was sourced by

3   Lindsay Goldberg Vogel. Do I have that right?

4        A.   Yes.

5        Q.   And when I say "sourced," and you agree

6   with me, what -- what do you understand "sourced" to

7   mean in that context?

8        A.   They were the first party that was

9   contacted about the potential acquisition.

10       Q.   And as I understand it from some public

11  information, prior to the year 2020, Alan Goldberg

12  and Robert Lindsay held a 20 percent interest in

13  Lindsay Goldberg Vogel. Is that your understanding?

14            MR. LEON:  Object to form.

15       A.   I don't know if they personally held a

16  20 percent stake.

17       Q.   Have you ever heard that before me saying

18  it today?

19       A.   No, I have not.

20       Q.   Do you know what the relationship between

21  Lindsay Goldberg, as we have said, and

22  Lindsay Goldberg Vogel was at the time of the

23  acquisition?

24       A.   Yes.

25       Q.   What was the relationship?

24

1          A.    Lindsay Goldberg Vogel served as a

2    consultant to Lindsay Goldberg and its funds with

3    respect to investments in Europe.

4          Q.    Did -- do you understand whether -- apart

5    from Alan Goldberg and Robert Lindsay, whether

6    Lindsay Goldberg, the Lindsay Goldberg we have been

7    talking about, prior to 2020, or during 2020, had an

8    ownership interest in Lindsay Goldberg Vogel?

9          A.    I believe it did.

10         Q.    How much was -- to your understanding was

11   that ownership interest?

12         A.    I don't recall.

13              MR. ROSENBAUM:    Okay.    Let's mark 45?

14         This is Dees 1.

15              (Dun & Bradstreet Credit Report dated as

16         of April 17, 2022 was marked Dees Exhibit 1 for

17         identification, as of this date.)

18         Q.    Showing you what has been marked as Dees 1

19   for identification.    And I'll note for the record

20   this is a Dun & Bradstreet Credit Report that is

21   dated as of April 17, 2022, and it was filed with

22   the Court in the 1782 proceeding that we're here for

23   regarding deposition.    I would ask Mr. Dees that you

24   turn to page 9 of 15, looking at the upper

25   right-hand corner.

36

1          Have you seen this document before today?

2      A.   I don't recall.

3      Q.   Let's turn to the bottom right-hand

4  corner, page 14605 first.

5          Does this refresh your recollection as to

6  who the CEO was of Schur upon acquisition?

7      A.   It does.

8      Q.   Okay.  And that's Mr. Jakob Mosser, as --

9  as you said you thought, correct?

10     A.   Correct.

11     Q.   Did you understand him also to be the

12  founder of Schur?

13     A.   That was my recollection.

14     Q.   Okay.  Let's turn further in, but actually

15  looking at this page, do you see, in faint font, it

16  says, "Lindsay Goldberg Vogel" across that page?

17     A.   Page 5, you're saying?

18     Q.   Yeah, if you look -- if you look in very

19  faint font.

20          You see that?

21     A.   Yes, I do.

22     Q.   If you turn further to page 14610, a page,

23  further bottom right-hand corner.  Let me know when

24  you're there.

25     A.   I'm here.

Case 1:22-mc-00180-LAK-VF    Document 153-2    Filed 01/17/25    Page 20 of 75
The Ex Parte Application of B&C KB Holding GmbH
Michael Dees
December 19, 2024

37

```
 1        Q.   Okay.

 2             And the first bullet under "Situation

 3   Overview," it says, LGV -- you understand that to be

 4   Lindsay Goldberg Vogel, correct?

 5        A.   Correct.

 6        Q.   -- met with the management team in late

 7   March, and following this meeting, we believe that

 8   an acquisition of Schur could be an interesting

 9   opportunity for LG.

10             And under that, it says, Very capable

11   CEO/founder, who has aggressive ambitions with

12   respect to growth.

13             You understand that CEO/founder to be

14   Mr. Mosser, correct?

15        A.   I do.

16        Q.   Do you have any reason to doubt that LGV

17   met with the management team of Schur in March of

18   2016 and formed that view?

19        A.   I have no reason to doubt what I read

20   here.

21        Q.   And do you recall that being the case

22   based on the work you did prior to the Schur

23   acquisition by Lindsay Goldberg?

24             MR. LEON:  Object to form.

25        A.   I recall that they met with the management
```

38

```
 1    team.  I do not recall, other than reading this, the
 2    date of that -- that meeting.
 3         Q.   Do you recall that they found the CEO to
 4    be very capable?  Yes or no.
 5              MR. LEON:  Object to form.
 6         A.   I don't recall.
 7         Q.   And if you look down further, it says, We
 8    believe that this is a situation where LG can be
 9    successful in the transition process.
10              You see that?
11              MR. LEON:  I think you misread the
12         document.
13         A.   It said --
14         Q.   We believe that --
15         A.   -- transaction process.
16         Q.   Oh.  Let me -- I keep doing this.  But
17    we're on the same bullet.  We believe that this
18    situation -- this is a situation where LG can be
19    successful in a transaction process.
20              You see that?
21         A.   I do.
22         Q.   And the bullet beneath that says,
23    Founder/CEO is critical to success of the company.
24              And it goes on.
25              Any reason to doubt that you were
```

Case 1:22-mc-00180-LAK-VF    Document 153-2    Filed 01/17/25    Page 22 of 75
The Ex Parte Application of B&C KB Holding GmbH                                    Michael Dees
December 19, 2024

39

1    presented with that view in 2016, prior to the

2    acquisition of Schur?

3        A.    There's no reason to doubt I was presented

4    this document on the date I was provided it.

5        Q.    And you have no reason to doubt, I take

6    it, that that was a view formed by LGV in the

7    diligence it was doing, correct?

8        A.    I have no reason to doubt it was the view

9    on the date they produced this document.

10       Q.    Now, you mentioned that you became a

11   member of the advisory board of Schur after the

12   acquisition we've been speaking of, and again, just

13   as a frame of reference, in 2016.  Correct?

14       A.    Yes.

15             MR. ROSENBAUM:  Let's go to...

16             (Fund IV structures chart was marked Dees

17       Exhibit 3 for identification, as of this date.)

18       Q.    Showing you what has been marked for

19   identification as Dees Exhibit 3.  This document

20   familiar to you?

21       A.    No, it is not.

22       Q.    Well, are entities identified in this

23   document familiar to you?

24       A.    Yes, they are.

25       Q.    So if you see, on top, the very top, it --

The Ex Parte Application of B&C KB Holding GmbH

Michael Dees
December 19, 2024

40

1     it says, Fund IV Schur Flexibles Structure Chart,

2     April 7, 2021.

3              You see that?

4         A.    I do.

5         Q.    Do you understand this document to reflect

6     Fund IV Schur Flexibles structure?

7              MR. LEON:   Object to form.

8         A.    I -- I can only -- I'm simply reviewing

9     the document.

10        Q.    You can review it.   Take your time.

11             But I want to know if you -- looking at

12    the document, you understand it to reflect the

13    Fund IV Schur Flexibles ownership structure.

14             MR. LEON:   Object to form.

15        A.    I -- I have no reason to believe it's not

16    the structure chart in April 7, 2021.

17        Q.    Okay.  Now, looking down into the middle

18    of the document, and I know that's kind of a rough

19    term, but we'll make sure we orient ourselves and

20    get the same place -- do you see a company called

21    Atlas Flexibles Coöperatief U.A. (Netherland)?

22        A.    I do.

23        Q.    Are you familiar with that entity?

24        A.    I am.

25        Q.    What is that entity?

Case 1:22-mc-00180-LAK-VF    Document 153-2    Filed 01/17/25    Page 24 of 75
The Ex Parte Application of B&C KB Holding GmbH                          Michael Dees
                                                                    December 19, 2024

                                                                                    41

1        A.    That entity is a shareholder in Atlas

2    Flexibles GmbH.

3        Q.    And are you a director of Atlas Flexibles

4    Coöperatief?

5        A.    Today I'm not.

6        Q.    Were you in the past a director of Atlas

7    Flexibles Coöperatief?

8        A.    I believe I was a manager, which may be a

9    similar term.

10       Q.    From when to when were you a manager of

11   Atlas Flexibles Coöperatief?

12       A.    I don't recall the exact dates.

13       Q.    Was it during the period that

14   Lindsay Goldberg Fund IV held an interest in Schur,

15   if you recall?

16       A.    I believe it was.

17       Q.    All right. We can refresh with documents

18   later.

19             But just so I have your memory, you

20   believe you were a manager of Atlas Flexibles

21   Coöperatief during the period that Lindsay Goldberg

22   Fund IV owned indirectly Schur Flexibles, correct?

23       A.    To my knowledge, I was.

24       Q.    And if we skip an entity and we go down to

25   Schur Flexibles GmbH, do you have an understanding

Case 1:22-mc-00180-LAK-VF   Document 153-2   Filed 01/17/25   Page 25 of 75
The Ex Parte Application of B&C KB Holding GmbH                                    Michael Dees
                                                                          December 19, 2024

                                                                                    42

1   of what that entity is?

2       A.    I believe it was the entity that owned all

3   the various Schur entity -- holding companies.

4       Q.    And beneath that is an entity called Schur

5   Flexibles Holding GesmbH.  You see that?

6       A.    I do.

7       Q.    Okay.  When we talk about Schur and you

8   being on the advisory board, what entity were you on

9   the advisory board of?

10      A.    I -- I don't recall which of the entities

11  I was.

12            (Shareholders resolution of Schur

13        Flexibles GmbH with corporate seat in Berlin

14        was marked Dees Exhibit 4 for identification,

15        as of this date.)

16      Q.    Showing you what's been marked as Dees 4

17  for identification.  Let me know when you're there.

18            (Witness reviewing document.)

19      Q.    Does this document refresh your

20  recollection -- feel free to review it -- regarding

21  the entity that you were an advisory board member of

22  in the Schur family of companies?

23      A.    It does.

24      Q.    And which -- which company is that?

25      A.    Schur Flexibles GmbH.

Case 1:22-mc-00180-LAK-VF   Document 153-2   Filed 01/17/25   Page 26 of 75
The Ex Parte Application of B&C KB Holding GmbH                           Michael Dees
                                                                      December 19, 2024

                                                                                44

```
 1         Q.    So does this refresh your memory as to

 2   what entity you were a member of the advisory board

 3   of within the Schur family of companies?

 4         A.    It does.

 5         Q.    And what company is that?

 6         A.    Schur Flexibles Holding GesmbH.

 7         Q.    And the date of this resolution, it

 8   appears, is January 25, 2017.  Do I have that right

 9   using the European convention for numerical dates?

10   Right, on page 2?

11         A.    On page 3?

12         Q.    I'm on page 2.

13         A.    Okay.  Yes, that's my understanding of the

14   date.

15         Q.    So your understanding is that starting on

16   January 25, 2017, you were a member of the advisory

17   board for Schur Flexibles Holdings GesmbH, correct?

18         A.    Based on that document, this is my

19   understanding.

20         Q.    Is that consistent with your recollection?

21               MR. LEON:  Object to form.

22         Q.    You can answer.

23         A.    Before I saw this document, I did not

24   recall the date.

25         Q.    And you were appointed to that position on
```

Case 1:22-mc-00180-LAK-VF    Document 153-2    Filed 01/17/25    Page 27 of 75
The Ex Parte Application of B&C KB Holding GmbH                        Michael Dees
                                                                December 19, 2024

43

                                                                          45

 1   the advisory board along with a Dr. Dieter Vogel.

 2   Who is that?

 3        A.   Dieter Vogel is a German executive who was

 4   part of Lindsay Goldberg Vogel.

 5        Q.   And also you were appointed to that

 6   position with Dr. Thomas Ludwig, and he's the person

 7   you mentioned earlier as also associated with

 8   Lindsay Goldberg Europe or Vogel, whichever way

 9   we're calling it, correct?

10        A.   Correct.

11        Q.   So as far as you're concerned, or -- now

12   at least as of February 2017, the three members of

13   the Schur Flexibles Holding GesmbH advisory board

14   were you, Mr. Vogel and Mr. Ludwig, correct?

15        A.   That was the date -- as of the date of

16   this document, that is correct.

17        Q.   Did the composition of the advisory board

18   change subsequent to this date but prior to Lindsay

19   Goldberg selling an interest in Schur to B&C?

20        A.   Yes.

21        Q.   How did it change?

22        A.   Dr. Dieter Vogel retired and he was no

23   longer on the advisory board.

24        Q.   Were any other appointees made to the

25   advisory board that you recall in that period?

46

1        A.    I believe that Mr. Thomas Unger was

2    appointed to the board.

3        Q.    Anyone else?

4        A.    I'm not certain if anyone else was.

5        Q.    But so I have this right, during the --

6    the period between the date of this resolution,

7    which is late January 2017, and the sale of an

8    interest in Schur to B&C, your understanding is that

9    the composition of the advisory board was you and

10   Mr. Ludwig the whole time, correct?

11       A.    That's not what I said.

12       Q.    Did Mr. Ludwig step off the board?

13       A.    No, he did not.

14       Q.    I may have asked the question in an odd

15   way.  What I'm -- what I'm trying to understand is,

16   other than you, Mr. Vogel, and Mr. Unger, along with

17   Mr. Ludwig, were there any other members at any

18   period in that time frame that I just described of

19   the advisory board that you're aware of?

20            MR. LEON:  Object to form.

21       A.    I don't recall if there were.

22       Q.    So you don't know one way or the other?

23       A.    I -- I just said that I do not know.

24       Q.    Do you -- you don't recall if there were

25   more than three members at any given time?

Case 1:22-mc-00180-LAK-VF   Document 153-2   Filed 01/17/25   Page 29 of 75
The Ex Parte Application of B&C KB Holding GmbH
Michael Dees
December 19, 2024

47

1        A.    I don't recall if there were more than

2    three members.

3        Q.    Do you recall whether anyone other than

4    someone associated either with Lindsay Goldberg or

5    Lindsay Goldberg Europe was ever on the advisory

6    board for the Schur entity you just identified

7    during the period we just discussed?

8            MR. LEON:  Object to form.

9        A.    I can't recall anyone that wasn't in

10   Lindsay Goldberg or Lindsay Goldberg Europe being on

11   the advisory board.

12       Q.    Your memory is that during that period,

13   January 2017 till about September 2021, the advisory

14   board of Schur Flexibles Holding GesmbH always was

15   comprised of employees of either Lindsay Goldberg or

16   Lindsay Goldberg Europe, correct?

17       A.    Correct.

18       Q.    And you don't recall anyone that was not

19   an employee of either Lindsay Goldberg or Lindsay

20   Goldberg Europe being on the advisory board during

21   that period, correct?

22       A.    Correct.

23       Q.    This was not the only advisory board that

24   you served on with respect to a European company; is

25   that correct?

49

1   whether it's seven or four, depending on whether

2   it's seven to ten, were U.S., or were they located

3   outside the U.S.?

4       A.   They were primarily U.S.

5       Q.   What did you do to familiarize yourself

6   with the responsibilities of an advisory board

7   member for Schur?

8            MR. LEON:   Object to form.

9       A.   I had served on advisory boards for the

10  last 20 years.  I had experience and I used that

11  experience to inform my service on the advisory

12  board.

13      Q.   Other than having experience on other

14  advisory boards, did you do anything in particular

15  with respect to the Schur advisory board to

16  familiarize yourself with your obligations in that

17  role?

18      A.   I did not.

19      Q.   You -- you understand, though, that there

20  were rules of procedure governing both the

21  management board and the advisory board for Schur,

22  correct?

23      A.   Correct.

24      Q.   And you reviewed those rules of procedure,

25  I take it?

53

 1   in your capacity as advisory board member --

 2            MR. LEON:  Object --

 3        Q.  -- correct?

 4            MR. LEON:  Object to form.

 5        A.  I did, based on -- I did based on the

 6   signature here.

 7        Q.  So, appended to the document as

 8   Schedule 2, you'll see the rules of procedure for

 9   the management of Schur Flexibles Holding GesmbH,

10   the company.

11            Let me know when you're there.  It starts

12   in the lower right-hand corner, page 8.  The lowest

13   part of the right-hand corner.

14        A.  I see that.

15        Q.  Okay.  And there's also -- just so we keep

16   a clear record -- a page 1 of 9 just above that.

17            You see that?

18        A.  Correct.

19        Q.  So these are the rules of procedure for

20   the management of the company that you were an

21   advisory board member as of the date that you signed

22   this resolution.  Correct?

23        A.  It appears to be, yes.

24        Q.  I imagine, then, you familiarized yourself

25   with these rules of procedure in your capacity as

54

1   advisory board member, correct?

2              MR. LEON:  Object to form.

3        A.    I reviewed them prior to signing the

4   document.

5        Q.    And now look, if you turn into -- it's

6   page 4 of 9, or 11, Section 7.  Let me know when

7   you're there.

8        A.    Section 7.  Oh, okay, I'm there.

9        Q.    This is information of the advisory board.

10  That's the advisory board that you are a member of.

11             You see that?

12       A.    I see that it's the information of the

13  advisory board.

14       Q.    And it continues, in Section 1, The

15  management board, via the chairperson of the

16  management board, shall inform the advisory board of

17  the company regularly, promptly, and comprehensively

18  of all issues of relevance to the company and all

19  direct and indirect subsidiaries, relating to

20  planning, business development, the risk situation,

21  and the risk management.

22             You read and understood that provision,

23  correct?

24       A.    As I read it now, I understand that.

25       Q.    And you would have read it at the time

Case 1:22-mc-00180-LAK-VF   Document 153-2   Filed 01/17/25   Page 33 of 75
The Ex Parte Application of B&C KB Holding GmbH                    Michael Dees
December 19, 2024

73

55

1    that you signed the resolution, correct?

2         A.    I -- I can't recall if I read this

3    paragraph.

4         Q.    But you -- you do recall that you read the

5    rules of procedure.  Right?

6         A.    I recall that I reviewed the rules of

7    procedure.

8         Q.    Section 2 says, The management board, via

9    the chairperson of the management board, shall

10   inform the advisory board in particular of -- and

11   you see A?

12              It says, Actions for which consent of the

13   advisory board is required, usually in writing, and

14   sufficient time to allow the advisory board

15   sufficient time to consider the decision.

16              You read and understood that provision of

17   this document at the time you executed the

18   resolution.  Fair?

19        A.    I --

20              MR. LEON:  Object to form.

21        A.    I don't recall reading it at this time.

22        Q.    Okay.

23        A.    At that -- at that time.

24        Q.    So, I'm going to tick through a few more

25   of these just so I have your testimony.

56

1           You do recall that you reviewed these

2   rules of procedure when you signed the board

3   resolution that's marked as Dees 5, correct?

4        A.   Correct.

5        Q.   And you have no doubt that you understood

6   them at the time.  Correct?

7        A.   I said I reviewed them at the time.

8        Q.   Did you ask any questions about them?

9        A.   I don't recall.

10       Q.   Okay.  Would it be your practice to ask

11   questions about something you don't understand?

12           MR. LEON:  Object to form.

13       A.   It would be.

14       Q.   And you don't recall having asked any

15   questions about the rules of procedure at that time.

16   Correct?

17       A.   I don't recall.

18       Q.   Let's go to page 5 of 9.

19           Paragraph 3 says, Irrespective of any

20   statutory duties to provide information, the

21   management board, via the chairperson of the

22   management board, is obligated to forward the

23   following information to the advisory board, and it

24   then identifies certain information.

25           You see that provision?

57

1        A.    I do.

2        Q.    Under C, No later than ten business days

3    before the end of each fiscal year, a draft annual

4    budget for the following year defined as "budget,"

5    for consent by meeting of the shareholders.  The

6    budget for the following financial year must include

7    monthly plans for profit and loss, cash flow,

8    income, expenditure, and cash.

9             And it continues.

10            You see that?

11       A.    I do.

12       Q.    Okay.  So you understood, as an advisory

13   board member, that within ten days prior to the end

14   of each financial year, the chairperson of the

15   management committee was required to provide you and

16   the other advisory board members the budget, as

17   described in this document.  Fair?

18       A.    I don't recall if I remember that.

19       Q.    You don't recall now if you remembered it?

20   Either you remember it or you don't.  Do you

21   remember --

22       A.    Now --

23       Q.    -- this was an obligation?

24            MR. LEON:  Let -- let him finish the

25       convoluted question.

58

1     A.   Right now, I don't recall if that was an

2 obligation.

3     Q.   But you have no -- you don't disagree that

4 that was an obligation of the management board.

5 Correct?

6         MR. LEON: Object to form.

7     A.   I -- I'm -- I'm reading the same document

8 you put before me.

9     Q.   I understand, but I wasn't on the board,

10 you were.

11         Did you understand, as an advisory board

12 member, that this -- that it was an obligation of

13 the chairperson of the management board to provide

14 advisory board members with a budget as described in

15 this document?

16     A.   I don't recall if I had that

17 understanding.

18     Q.   But you -- again, but you read this

19 document before you signed the resolution, right?

20     A.   Yes.

21     Q.   Let's go to Section 8 of this document.

22         Under the heading "Annual Planning and

23 Risk Management Personnel Planning." Number 2.

24         It says, the management board, via the

25 chairperson of the management board, shall submit to

59

1   the advisory board, at least ten days before the end

2   of each fiscal year, the budget of the company

3   approved by the entire management board for the

4   following fiscal year, including a shortened plan

5   for the following two fiscal years, as well as risk

6   concept for hedging transactions in foreign

7   currencies.

8           Is your understanding that that was an

9   obligation of the management -- the chairperson of

10  the management board at Schur, at least from May of

11  2019 forward?

12      A.   I don't recall.

13      Q.   3.   The management board will coordinate

14  the personal -- personnel planning with the advisory

15  board as part of an annual personnel meeting in the

16  third quarter of the -- of the financial year.

17          See that?

18      A.   I see that.

19      Q.   Did the management board coordinate with

20  the advisory board an annual personnel meeting for

21  the third quarter of the financial year 2019?

22          MR. LEON:   Object to form.

23      A.   I don't recall.  I don't recall.

24      Q.   You don't disagree that that was a

25  requirement of the management board, per the rules

The Ex Parte Application of B&C KB Holding GmbH
Michael Dees
December 19, 2024

60

1    of procedure.   Correct?

2        A.   I don't disagree that it states in this

3    document that was a requirement.

4        Q.   And this document continues in that same

5    paragraph, For this purpose, information on

6    remuneration needs to be provided and an assessment

7    of succession planning prepared in each case.   The

8    management board will submit salary ranges for this

9    employee group for consent in the personnel meeting.

10            Did that happen in 2019?

11       A.   I don't recall.

12       Q.   Did that happen in 2020?

13       A.   I don't recall.

14       Q.   Let's go to Section 9.

15            Acts required consent, right of

16   instructions.

17            You see that?

18       A.   I see that.

19       Q.   And it says, The management board required

20   the consent of the advisory board for the

21   implementation of the following measures and

22   transactions, or the assumptions of -- the

23   assumption of obligations for the implementation of

24   such measures and transactions by the company and

25   all direct and indirect subsidiaries.   In

1    particular, consent is required in the following

2    cases.

3              MR. LEON:  Why don't you take a minute,

4         review the entire --

5         Q.   You can read it.

6              MR. LEON:  -- review the entire section.

7         Q.   Take your time.

8              MR. LEON:  It goes on for a couple pages.

9         A.   Okay.

10        Q.   Section 9.

11             (Witness reviewing document.)

12        Q.   You've read all of Section 9?

13        A.   I've read it quickly.

14        Q.   And under the paragraph I just read out

15   loud, A says, Determination of the budget, capital

16   B, as well as determination and/or changes of the

17   accounting and valuation policy.

18             You see that?

19        A.   I do.

20        Q.   So the determination of the budget that we

21   just discussed under Section 7 was -- required the

22   consent of the advisory board under the rules of

23   procedure that you and the other advisory board

24   members enacted per this resolution, correct?

25             MR. LEON:  Object to form.

62

1          A.    Based on my review of this, it does.

2          Q.    If you go down to J -- I'm not going to go

3    through every single one.

4                You read that as part of your review a few

5    moments ago?

6          A.    I did.

7          Q.    Okay.  So assumption for granting of

8    loans, including financial leases, issuance of

9    bonds, and it continues.

10               As well as other measures of corporate

11   finance, insofar as these exceed the amount of

12   1 million euro in the fiscal year, that required

13   consent and approval of the advisory board, correct?

14         A.    Correct.

15         Q.    If you go down to M, M as in man,

16   Unbudgeted investment projects of more than 250,000

17   each, as well as if already included in the budget,

18   the assumption of liability in connection with an

19   investment project of at least 1 million euro, that

20   required approval and consent by the advisory board,

21   correct?

22         A.    Correct.

23         Q.    And, O, Conclusion of consultancy

24   agreements, with the exception of personnel

25   consultants, with an annual payment obligation

Case 1:22-mc-00180-LAK-VF    Document 153-2    Filed 01/17/25    Page 41 of 75
The Ex Parte Application of B&C KB Holding GmbH                           Michael Dees
                                                                    December 19, 2024

63

 1 │ towards the respective consultant of more than

 2 │ 200,000 altogether per financial year, that required

 3 │ consent and approval by Schur's advisory board,

 4 │ correct?

 5 │     A.   Correct.

 6 │          MR. ROSENBAUM:  Probably a good time for a

 7 │     break.  I'm going to switch subject matters,

 8 │     and we've been going for more than an hour.

 9 │          MR. LEON:  Great.

10 │          THE VIDEOGRAPHER:  The time right now is

11 │     2:17 p.m.  We're off the record.

12 │          (A recess was taken from 2:17 to 2:30.)

13 │          THE VIDEOGRAPHER:  The time right now is

14 │     2:30 p.m.  We are back on the record.

15 │          (Email from Mr. Dees to Alan Goldberg

16 │     dated March 29, 2016 was marked Dees Exhibit 6

17 │     for identification, as of this date.)

18 │     Q.   Good afternoon again, Mr. Dees.  In the

19 │ earlier session, I asked you some questions about

20 │ the views of Mr. Mosser prior to the Lindsay

21 │ Goldberg acquisition of Schur.  Do you recall that?

22 │          MR. LEON:  Object to form.

23 │     Q.   Do you recall giving testimony about

24 │ Mr. Mosser earlier today?

25 │     A.   I recall discussing Mr. Mosser over the

66

1       Q.   And so let's go to the bottom right-hand

2   corner, page 19733. Let me know when you're there.

3            We're on the same page, 19733?

4       A.   Yes.

5       Q.   The first bullet, it says, Ludwig/Pruss

6   met with management team last week, and following

7   this meeting we believe that an acquisition of Schur

8   could be an interesting situation for LG.

9            In the very first bullet, it says, Very

10  capable CEO founder who has aggressive ambitions

11  with respect to growth.

12           The very capable CEO founder was

13  Mr. Mosser, correct?

14      A.   Yes.

15      Q.   And if you go down to the second bullet

16  that's colored in, about two-thirds of the way down

17  the page, it says, We also believe that this is a

18  situation where LG can be successful in a

19  transaction process.

20           You see that?

21      A.   I do.

22      Q.   Okay. And the first bullet underneath

23  that, it says, Founder/CEO is critical to the

24  success of the company, and he appears to be the key

25  decision-maker with respect to the new investor.

Case 1:22-mc-00180-LAK-VF    Document 153-2    Filed 01/17/25    Page 43 of 75
The Ex Parte Application of B&C KB Holding GmbH                    Michael Dees
December 19, 2024

67

1           That founder/CEO was Mr. Mosser, correct?

2       A.   Yes.

3       Q.   Okay.  So is it fair to say that since you

4   told Mr. Goldberg that you had prepared this

5   document, that you agreed with that view at the time

6   you sent this document to Mr. Goldberg?

7           MR. LEON:  Object to the form of the

8       question.

9       A.   It's fair that I wrote this on the date I

10  sent the document.

11      Q.   And if you wrote it, you would agree that

12  you would -- you found that view persuasive,

13  correct?

14          MR. LEON:  Object to form.

15      A.   I said I -- I -- I wrote this on this

16  date.

17      Q.   Things with Mr. Mosser didn't turn out

18  that well, did they?

19          MR. LEON:  Object to form.

20      A.   Could you be more specific?

21      Q.   Well, you fired him, didn't you?

22      A.   He was either -- he was no longer CEO.  I

23  don't recall if he resigned or was terminated.

24      Q.   Okay.  Were you part of the decision under

25  which he no longer was CEO?

Case 1:22-mc-00180-LAK-VF   Document 153-2   Filed 01/17/25   Page 44 of 75
The Ex Parte Application of B&C KB Holding GmbH                              Michael Dees
December 19, 2024

68

1       A.   Yes.

2       Q.   When did -- well, let me back up.

3            Are you familiar with someone by the name

4  of Thomas Unger?

5       A.   Yes.

6       Q.   When did you first meet Mr. Unger?

7       A.   I met him at some time during 2016.

8       Q.   And if I have this right, Mr. Unger became

9  a managing director at Lindsay Goldberg Europe,

10  correct?

11      A.   I -- it may have been Lindsay Goldberg

12  Vogel at the time.

13      Q.   Okay.

14      A.   I'm not sure.

15      Q.   Mr. Unger played a role in the Schur

16  acquisition.  Do I have that right?

17      A.   Prior to the Schur acquisition he served

18  as a consultant.

19      Q.   And after the Schur acquisition, did

20  Mr. Unger play a role with respect to the Schur

21  investment?

22      A.   He did.

23      Q.   Before February or -- I'm sorry, before

24  2016, did you know Mr. Unger?

25      A.   I did not.

Case 1:22-mc-00180-LAK-VF   Document 153-2   Filed 01/17/25   Page 45 of 75
The Ex Parte Application of B&C KB Holding GmbH                              Michael Dees
                                                                    December 19, 2024   89

71

 1        A.   I believe we signed it in the middle of

 2   2016 and closed it sometime after that.

 3        Q.   Okay.  So you wrote, if you see, this

 4   email on July 17, 2016.  Was that before closing?

 5        A.   Yes, it was.

 6        Q.   Was that after signing contract?

 7        A.   I would have to read the email to refresh

 8   my memory.

 9        Q.   Please do.

10             (Witness reviewing document.)

11        A.   Based on reading this email, that would

12   appear to be before we signed the contract.

13        Q.   And you wrote to Mr. Narayan, in that

14   email we -- I just pointed you to, Thanks for the

15   models.  These models make the decision to walk very

16   difficult.

17             What did you mean by making "the decision

18   to walk very difficult"?

19        A.   I don't know.  I'd have to review the

20   email and the attachments.

21        Q.   And you have no recollection of that,

22   sitting here today?

23        A.   I don't have any recollection of this

24   email.

25        Q.   If you were using the word "walk," do you

Case 1:22-mc-00180-LAK-VF   Document 153-2   Filed 01/17/25   Page 46 of 75
The Ex Parte Application of B&C KB Holding GmbH                                    Michael Dees
                                                                              December 19, 2024

72

1    have an understanding of walk from what?

2         A.   My understanding would be walk from a

3    transaction.

4         Q.   Okay.  You continue, I had a long

5    conversation with Ludwig earlier today about our

6    post-investment plans.  Post closing, Thomas Unger

7    and two of his former colleagues will immediately

8    undertake a consulting assignment to identify areas

9    of improvement.

10        Does that refresh your recollection that

11   Mr. Unger and two of his colleagues were going to

12   immediately undertake consulting agreement to find

13   areas of improvement after the Schur acquisition?

14             MR. LEON:  Object to form.

15        A.   My -- my recollection is based only on

16   reading this email.

17        Q.   So you -- I just want to get your

18   independent memory.

19             You -- you recall that you were involved

20   in bringing Mr. Unger on, immediately after the

21   acquisition, as a consultant for Schur.  Correct?

22        A.   Correct.

23        Q.   And this document that you wrote the

24   portion, says, And two of his former colleagues.

25             Having read it and having talked about it

Case 1:22-mc-00180-LAK-VF    Document 153-2    Filed 01/17/25    Page 47 of 75
The Ex Parte Application of B&C KB Holding GmbH                     Michael Dees
                                                                   December 19, 2024

                                                                              91

                                                                              73

 1    for a bit, do you have any recollection of who you

 2    meant when you said "two of his former colleagues"

 3    when you wrote this email?

 4              MR. LEON:  Objection.  Asked and answered.

 5        A.    I do not.

 6        Q.    Was Mr. Goldberg involved in the decision

 7    to bring on Mr. Unger?

 8        A.    Yes, he was.

 9        Q.    And what was his role in that decision?

10        A.    He would have had to approve the final

11    decision to hire him.

12        Q.    Who hired him?

13        A.    I believe he was hired by, if I recall,

14    Lindsay Goldberg Europe or Vogel.

15        Q.    And prior to that hiring, you and

16    Mr. Goldberg met with Mr. Unger.  Is that right?

17        A.    I recall that I met with Mr. Unger.  I do

18    not know if Mr. Goldberg met with him.

19        Q.    But it was -- Mr. Goldberg ultimately

20    approved the hiring of Mr. Unger.  Correct?

21        A.    I'm not certain of that.

22        Q.    Well, you -- I think you just said that

23    Mr. Goldberg would have had to approve the hiring of

24    Mr. Unger.  What did I miss?

25        A.    I -- I don't --

76

1           MR. LEON:  Objection.

2       A.   I -- I -- I can only read the email that's

3   here.

4       Q.   For the year 2016, how did Schur perform

5   as an investment made by Lindsay Goldberg?

6           MR. LEON:  Object to form.

7       A.   On what metrics?

8       Q.   Well, was the performance weaker than

9   expected?

10      A.   I believe it was.

11      Q.   And how so?  On what metrics was it weaker

12  than expected?

13      A.   I recall that it was weaker on financial

14  metrics.

15      Q.   And what financial metrics?

16      A.   I recall that its revenues and EBITDA were

17  less than expected.

18      Q.   Did you yourself, following receiving

19  those results, undertake to examine Schur's capital

20  expenditures?

21      A.   I don't recall.

22      Q.   When I said "capital expenditures," do you

23  have an understanding what I mean?

24      A.   I believe so.

25      Q.   What do you understand that term to mean?

Case 1:22-mc-00180-LAK-VF   Document 153-2   Filed 01/17/25   Page 49 of 75
The Ex Parte Application of B&C KB Holding GmbH                                    Michael Dees
                                                                            December 19, 2024

97

79

1            MR. ROSENBAUM:  This is 10.  Yeah, we'll

2       just rename it.

3       Q.   So I'm -- I'm now showing you what I

4   thought I had -- was showing you before, which is an

5   email, with attachments, from Mr. Ludwig to you,

6   dated 15 December 2016.  And it says, For meeting

7   Monday budget Schur.

8            Is that right?

9       A.   I see that email.

10      Q.   Okay.  And if you turn all the way in to

11  page, in the bottom right-hand corner, 156, it's LG

12  with 5 zeros in front of it.

13           Take your time.

14      A.   156, you said?

15      Q.   156 -- starting on 156.

16           Are you there?

17           Okay.

18      A.   I am.

19      Q.   And 155, just before that, is the budget

20  for 2017.  Correct?

21      A.   That's what it says, correct.

22      Q.   And so the -- the following pages, to your

23  understanding, are that budget.  Fair?

24           MR. LEON:  Object to form.

25      A.   My understanding, it's a presentation on

80

1   this topic.

2        Q.   If you go to page 157, the bottom right,

3   it says, under the heading "Main Topics of Business

4   Year 2016."

5             Let me know when you're there.

6        A.   I'm there.

7        Q.   Okay.  Weaker financial performance of

8   SF Group mainly due to disappointing sales situation

9   in food markets, and significant productivity,

10  quality, and on-time delivery problems at SFF.

11            You received this document, correct?

12       A.   Based on the email, I did.

13       Q.   Yeah.  And you received this before you

14  wrote the email that we identified as Dees 9, dated

15  January 3 and January 4, 2017, correct?

16       A.   If I look at the two emails, yes.

17       Q.   Okay.  So you were aware, prior to writing

18  the email marked as Dees 9, that -- and we will get

19  a little further into this, that Schur's performance

20  was weaker mainly due to disappointing sale -- sales

21  situation, as it says, correct?

22            MR. LEON:   Object to form.

23       A.   I'm aware of what was written here.

24       Q.   And you were aware of then, not now.  I'm

25  asking you at the time you wrote Dees 9, in January,

Case 1:22-mc-00180-LAK-VF   Document 153-2   Filed 01/17/25   Page 51 of 75
The Ex Parte Application of B&C KB Holding GmbH
Michael Dees
December 19, 2024

83

1              What does "NWC" mean?

2        A.    Net working capital.

3        Q.    It is very hard to compare the performance

4    because they change the budget so often.  I want to

5    analyze the size and causes of variance on a plant

6    level.

7              Did you undertake that project following

8    this email?

9        A.    I don't recall if we did.

10       Q.    Were you ever told you didn't have access

11   to the information for that project?

12       A.    I don't recall being told that.

13       Q.    And when you use "capex" in that

14   statement, it's the definition that you and I

15   discussed earlier, correct?

16       A.    It's a shortened term for "capital

17   expenditures."  It wasn't a detailed explanation.

18       Q.    You -- Mr. Narayan responded to you and

19   then you responded to him, in the top.  Let me know

20   when you're there.

21       A.    I'm there.

22       Q.    You said you spoke to Thomas that day.

23   That would be Thomas Unger or Thomas Ludwig?

24       A.    As I am reading the email today, it would

25   likely be Thomas Ludwig.

84

1          Q.   And you continued, He said that he will go

2    to Vienna next week to deliver the news that Markus

3    will be replaced by the Constantia person.

4               Who is "Markus"?

5          A.   My recollection is that he was the CFO at

6    the time.

7          Q.   And who is the "Constantia person" being

8    referred to here?

9          A.   My recollection is that's Michael

10   Schernthaner.

11         Q.   So as of January 4, 2017, you and

12   Thomas -- you think Ludwig -- had decided to replace

13   the prior CFO with a new CFO at Schur.  Fair?

14         A.   Yes.

15         Q.   You continue, We are not happy with Jakob,

16   and he needs to stop talking about M&A.

17              That's Jakob Mosser?

18         A.   Yes.

19         Q.   Okay.  So within a few months of the

20   acquisition, you and Thomas Ludwig were not happy

21   with Jakob Mosser, correct?

22         A.   Correct.

23         Q.   And I take it that was because of the

24   weaker-than-expected performance for 2016.  Fair?

25              MR. LEON:  Object to form.

Case 1:22-mc-00180-LAK-VF    Document 153-2    Filed 01/17/25    Page 53 of 75
The Ex Parte Application of B&C KB Holding GmbH
Michael Dees
December 19, 2024

103

85

1  A. I recall that was one of the reasons.

2  Q. Were there other reasons?

3  A. As indicated in the email, he wanted to

4  continue to acquire companies.

5  Q. And that was not something that you wanted

6  to do?

7  A. We were unhappy with the financial

8  performance and we wanted him to focus on the

9  improvement.

10  Q. And you continue then, Thomas Unger will

11  join the LGV -- will join LGV and the Schur board.

12  Does that refresh your memory at all as to

13  when Mr. Unger joined the advisory board for Schur?

14  A. It refreshes my memory about the

15  approximate time.

16  Q. Okay. Did Mr. Unger replace Mr. Vogel on

17  the board after this, or did they sit on the board

18  together at any point?

19  A. I don't recall.

20  Q. Why did you and Mr. Ludwig decide to

21  replace the CFO at Schur?

22  A. I don't -- I don't recall the details.

23  Q. We discussed the term "EBITDA" earlier.

24  What is "EBITDA"?

25  A. EBITDA is earnings before interest, taxes,

86

1    depreciation, and amortization.

2        Q.   What is it used for in Lindsay Goldberg's

3    business?

4            MR. LEON:  Object to form.

5        A.   It's one of the financial metrics to be

6    considered when reviewing a business.

7            (Email dated June 30, 2017, from Mr. Dees

8        to Mr. Narayan was marked Dees Exhibit 11 for

9        identification, as of this date.)

10       Q.   I'm showing you what's been marked as Dees

11   11 for identification.  It's an email dated June 30,

12   2017, from you, again, to Mr. Narayan.

13           And you wrote, We are likely terminating

14   Jakob on Monday.

15           The "we" was Schur, correct?

16       A.   Yes.

17       Q.   And does this refresh your recollection

18   that Jakob Mosser was terminated as opposed to him

19   resigning?

20       A.   Yes, it does.

21       Q.   So if I understand it correctly, you and

22   Mr. Ludwig decided -- decided to fire Mr. Mosser.

23   Fair?

24       A.   The advisory board would have had to

25   make -- the advisory board would have had to made a

87

1   decision to terminate him.

2        Q.   And you were a member of the advisory

3   board?

4        A.   I was.

5        Q.   Okay.  So you were part of a decision to

6   fire Mr. Mosser as of late June 2017, correct?

7        A.   You are correct.

8        Q.   There was no person lined up with the

9   title CEO immediately after Mr. Mosser's firing.  Do

10  I have that right?

11       A.   I don't recall that we did.

12       Q.   But from that point forward Mr. Unger

13  served as operating CEO for Schur until

14  Mr. Schernthaner was appointed CEO in May of 2019,

15  correct?

16       A.   That's not correct.

17       Q.   Mr. Unger did serve as operating CEO of

18  Schur, correct?

19       A.   I don't know what you mean by the term

20  "operating CEO."

21       Q.   Did Lindsay Goldberg represent externally

22  that Mr. Unger served as operating CEO of Schur?

23       A.   I don't recall what we represented or what

24  that term means.

25            (Email from Shannon Reeves to Vincent Ley,

88

 1        with a copy to Mr. Dees, dated September 27,

 2        2019 was marked Dees Exhibit 12 for

 3        identification, as of this date.)

 4        Q.   I'm showing you what's been marked as

 5   Dees 12 for identification.  And if you look at the

 6   email on top, it's from Shannon Reeves to a Vincent

 7   Ley, with a copy to you, dated September 27, 2019.

 8             Do I have that right?

 9        A.   Yes.

10        Q.   Okay.  And it says, Vince, please see

11   attached.  The affiliate partner network

12   presentation was sent to an investor who requested

13   more information regarding our activity in Germany,

14   and I've also attached slides from last year's AGM

15   in case they are helpful.

16             What is the "affiliate partner network

17   presentation"?

18        A.   It's the presentation -- I believe it's

19   the presentation that's been attached.

20        Q.   And what is the "affiliate partner

21   network" in the context of Lindsay Goldberg's

22   business?

23        A.   They are consultants who provide us advice

24   with respect to investments.

25        Q.   And you see that this document says that,

89

```
 1    The network presentation was sent to an investor who
 2    was requesting more information regarding our
 3    activity in Germany.
 4              You understand that to be an investor -- a
 5    Lindsay Goldberg investor, correct?
 6              MR. LEON:  Object to form.
 7         A.   I -- I see it's an investor.  I don't know
 8    what they're an investor in.
 9         Q.   Well, you were cc'd on this email, right?
10         A.   Yes, I was.
11         Q.   Would you understand, as a general matter,
12    the reference to "investor" to mean an investor in
13    the Lindsay Goldberg fund as general matter?
14              MR. LEON:  Objection.  Speculation.  Asked
15         and answered.
16         A.   It could also be a prospective investor of
17    the fund.
18         Q.   In any event, you -- you would agree
19    that -- that information provided to investors is
20    important, right?
21         A.   I don't want to make any speculation about
22    this information.
23         Q.   Would you agree with me that
24    information -- it's important that information
25    provided to Lindsay Goldberg investors or
```

1   prospective investors be accurate?

2       A.    I think it's -- we have certain

3   obligations with what we send to investors.

4       Q.    And do you attempt to provide investors

5   with accurate information as a matter of practice at

6   Lindsay Goldberg?

7       A.    As a matter of practice, I intend to

8   provide accurate information.

9       Q.    Let's go to page 36197, Case Study Schur

10  Flexibles.  You see that?

11      A.    I see.

12      Q.    Do you know who prepared this page?

13      A.    I do not.

14      Q.    But you expect it would be your team,

15  correct?

16      A.    I expect it would be someone at

17  Lindsay Goldberg.

18      Q.    Someone at Lindsay Goldberg with knowledge

19  of the Schur Flexibles investment would have

20  prepared this.  Correct?

21          MR. LEON:  Object to form.

22      A.    I expect it would be someone at

23  Lindsay Goldberg.  I do not know who did it or the

24  level --

25      Q.    So --

Case 1:22-mc-00180-LAK-VF    Document 153-2    Filed 01/17/25    Page 59 of 75
The Ex Parte Application of B&C KB Holding GmbH                                    Michael Dees
December 19, 2024

91

1          A.    -- of knowledge they had.

2          Q.    -- you were a partner at Lindsay Goldberg

3   as of this time, right?

4          A.    Yes.

5          Q.    You were on the investment committee,

6   right?

7          A.    Yes.

8          Q.    And you were the deal team lead for the

9   acquisition of Schur Flexibles.   Correct?

10         A.    Correct.

11         Q.    Would you expect someone at

12  Lindsay Goldberg with knowledge of the Schur

13  investment to have prepared the information on the

14  page that we're both looking at?   Yes or no?

15              MR. LEON:   Objection.   Asked and answered.

16              You don't have to change your answer just

17         because he's trying to bully you.

18              MR. ROSENBAUM:   This is -- this is

19         entirely a speaking objection, Eric.   Entirely.

20         You're coaching.   You're -- it's -- it's

21         obvious, and we'll -- we'll just send it in to

22         Judge Figueredo if you continue to do it.

23              MR. LEON:   Do what you need to do.

24              MR. ROSENBAUM:   Can you read back the

25         question, and I'd like an answer to it.

92
```
1                    (The record was read back.)
2          A.    I do not know who prepared this page.
3          Q.    That wasn't my question.
4                Is it your expectation that someone with
5    knowledge of the Schur investment prepared this
6    page, regardless of who it was?
7          A.    Any person preparing it needed some
8    information to prepare this.
9          Q.    And where would that information have come
10   from?
11               MR. LEON:   Objection.
12         A.    It would depend upon the statements.
13         Q.    Okay.  So, if you look under the heading,
14   "Management/Organizational Changes."
15               It says, In July 2017, Thomas Unger was
16   appointed chairman of Schur.
17               That was a correct statement.  Right?
18         A.    I don't -- I can't confirm the date.
19         Q.    But it was correct that in 2017, Mr. Unger
20   was appointed chairman of Schur.  Correct?
21         A.    I believe so.
22         Q.    And in addition to joining
23   Lindsay Goldberg's German affiliate partner team in
24   February 2017, it states, Mr. Unger also served as
25   operating CEO of Schur until May 2019.
```

Case 1:22-mc-00180-LAK-VF    Document 153-2    Filed 01/17/25    Page 61 of 75
The Ex Parte Application of B&C KB Holding GmbH
Michael Dees
December 19, 2024

93

1              Is that information presented to your

2    investors accurate?

3        A.    I don't know what an operating CEO is.

4        Q.    But you -- you -- you don't dispute that

5    Lindsay Goldberg told the affiliate partner network

6    that Mr. Unger served as operating CEO of Schur

7    until May 2019.  Correct?

8        A.    I can't dispute what was written -- I

9    can't dispute that this presentation was sent to the

10   people that it was referred to be sending over.

11       Q.    And you don't dispute that it was also

12   sent to an investor who requested more information

13   regarding your activity in Germany.  Correct?

14       A.    My knowledge is only what's written here

15   in this email.

16       Q.    But you don't also dispute that you were

17   cc'd, at the time of this email, with the attachment

18   to the presentation.  Correct?

19       A.    I can't dispute the existence of this

20   email that I -- in that I was cc'd.

21       Q.    So you believe you received the email and

22   the attachment.  Right?

23       A.    I believe I did.

24       Q.    And you believe, therefore, you received

25   the email and attachment that was sent outside the

94

1  firm, that represented that Mr. Unger also served as

2  operating CEO of Schur until May of 2019.  Correct?

3      A.    I can't disagree that this sentence was in

4  this presentation.

5      Q.    And you were on the advisory board of

6  Schur at the time that this presentation was sent

7  outside the firm.  Correct?

8      A.    Yes.

9      Q.    Okay.  And so now, you're sitting here

10 telling me you have no idea what an operating

11 CEO is.

12     A.    I have no idea what an operating CEO is.

13     Q.    Why was Lindsay Goldberg telling the

14 affiliate partner network that Mr. Unger was the

15 operating CEO?

16          MR. LEON:  Object to form.

17     A.    I don't know.

18     Q.    Do you believe that to be a false

19 statement?

20     A.    Yes.

21          MR. LEON:  Object to form.

22     Q.    So you believe that Lindsay Goldberg

23 provided a false statement to the affiliate partner

24 network concerning Mr. Unger.  Do I have that right?

25     A.    I don't know what an operating CEO is.

Case 1:22-mc-00180-LAK-VF    Document 153-2    Filed 01/17/25    Page 63 of 75
The Ex Parte Application of B&C KB Holding GmbH                           Michael Dees
                                                        December 19, 2024

                                                                            113
                                                                        95

```
 1          Q.    Yeah, but you just said it was false.

 2   So -- so you believe it was false.

 3          A.    Because I don't know what it is.

 4          Q.    Well, it's different -- different.

 5          A.    Okay.   Then I was incorrect.   I don't know

 6   what an operating CEO is.

 7          Q.    Do you know what the word "operating"

 8   means?

 9          A.    Yes.

10          Q.    What does it mean?

11          A.    It means you're doing something.

12   You're -- you're making something happen.

13          Q.    Okay.   And you understand what "CEO"

14   means.

15          A.    I do.

16          Q.    Okay.   So you understand that "operating"

17   before "CEO" means you're doing something.   Correct?

18                MR. LEON:   Object to form.

19          Q.    Just your understanding of the English

20   language.   I'm using -- I'm going to -- you

21   understand that the word "operating" means doing

22   something, correct?   You just said that.

23          A.    Yes.

24          Q.    Okay.   And you understand what a CEO is.

25   Right?
```

Case 1:22-mc-00180-LAK-VF    Document 153-2    Filed 01/17/25    Page 64 of 75
The Ex Parte Application of B&C KB Holding GmbH                          Michael Dees
December 19, 2024

96

1        A.    Yes.

2        Q.    What's the CEO?

3        A.    Chief executive officer.

4        Q.    So "operating" before "CEO," to your

5    understanding of the English language means, you're

6    doing the function of CEO.  Fair?

7              Your understanding of the English

8    language.

9        A.    My -- I have never seen these two words

10   together.

11       Q.    Well, you are now, and you were cc'd on

12   this presentation.  So now seeing them now, your

13   understanding of the English language, "operating"

14   means doing something, correct?

15       A.    Yes.

16       Q.    CEO means --

17             MR. LEON:  Form.

18       Q.    -- chief executive officer, right?

19       A.    Yes.

20       Q.    Okay.

21             We -- we may have covered this earlier.

22   But did -- do you recall when Mr. Schernthaner

23   joined Schur as CFO?

24       A.    I do not.

25       Q.    I believe it, though, was in 2017?

Case 1:22-mc-00180-LAK-VF    Document 153-2    Filed 01/17/25    Page 65 of 75
The Ex Parte Application of B&C KB Holding GmbH
Michael Dees
December 19, 2024

97

MS

1        A.    Sounds right.

2        Q.    Okay.

3              And at the time Mr. Schernthaner joined

4   Schur, Schur was on the brink of insolvency,

5   correct?

6        A.    I don't recall that.

7        Q.    And he was the CFO, right?

8        A.    Sorry, could you repeat your question?

9        Q.    Mr. Schernthaner was the CFO of Schur.

10       A.    At what time?

11       Q.    In 2017.

12       A.    I recall at some point in 2017, he was.

13       Q.    And you would expect the CFO of Schur to

14  understand its financial condition.  Right?

15       A.    I would expect that.

16       Q.    So you'd expect Mr. Schernthaner to know

17  whether Schur was on the brink of insolvency, in his

18  capacity as CFO.  Right?

19       A.    I don't know at what -- when he was CFO,

20  he would be.

21       Q.    So if Mr. Schernthaner told the Austrian

22  prosecutor that when he joined the company in 2017,

23  Schur was on the brink of insolvency, you would have

24  no reason to dispute that as an advisory board

25  member, right?

Case 1:22-mc-00180-LAK-VF    Document 153-2    Filed 01/17/25    Page 66 of 75
The Ex Parte Application of B&C KB Holding GmbH
Michael Dees
December 19, 2024

99

| | |
|---|---|
| 1 | knowledge he had at the time. |
| 2 | Q.   I'm not asking you about his knowledge. |
| 3 | I'm asking you about your expectation of a CFO. |
| 4 | Is it your expectation, sitting on the |
| 5 | board of somewhere between seven and ten companies, |
| 6 | and being a private equity professional, that the |
| 7 | CFO of a company that -- that your firm is involved |
| 8 | with would know whether that company is insolvent or |
| 9 | not? |
| 10 | MR. LEON:   Object to form. |
| 11 | A.   I expect that they would. |
| 12 | Q.   Were you then, following the termination |
| 13 | of Mr. Mosser, involved in the hiring of another CEO |
| 14 | at Schur? |
| 15 | A.   I vaguely recall that I was. |
| 16 | Q.   Okay.  Was that a Mr. Kühn? |
| 17 | A.   I recall that that was his name. |
| 18 | Q.   Okay.  And what was your role in the |
| 19 | hiring of Mr. Kühn? |
| 20 | A.   I don't recall my role. |
| 21 | Q.   Did you interview him? |
| 22 | A.   I can't recall. |
| 23 | Q.   How long was Mr. Kühn with the company? |
| 24 | A.   I don't recall exactly. |
| 25 | Q.   Do you recall that it was a relatively |

Case 1:22-mc-00180-LAK-VF    Document 153-2    Filed 01/17/25    Page 67 of 75
The Ex Parte Application of B&C KB Holding GmbH                        Michael Dees
                                                                December 19, 2024

119

101

1        A.    It was -- there is a meeting on Monday of

2    the partners to discuss investments, and this was

3    likely a presentation for that.

4        Q.    Partners in -- in what?

5        A.    Partners what?

6        Q.    Partners in what?

7        A.    Partners at Lindsay Goldberg.

8        Q.    Okay.  And was Mr. Ludwig a partner at

9    Lindsay Goldberg?

10       A.    No.

11       Q.    Did the partner meeting take place among

12   both Lindsay Goldberg and Lindsay Goldberg Vogel or

13   Europe personnel?

14       A.    The partner meeting was only for

15   Lindsay Goldberg partners.  If there were specific

16   topics, that they may have participated in part of

17   it.

18       Q.    I see.

19             So if you -- if you turn in to page

20   LG 00024285 and 24284, so there's two pages I'm

21   going to refer you to together.  We can start on

22   24284.

23             So this refers to Thorsten Kühn, with the

24   position CEO, joining, I take it, April 1, 2018; is

25   that correct?

1        A.   Based on reading this, correct.

2        Q.   And his bio is on the next page?

3        A.   Yes, it is.

4        Q.   And it identifies a Walter Ometto as

5   interim CSO and then Friedrich Humer as CSO.  Do you

6   see that?  I'm on page 24284.

7        A.   Yes, I see that.

8        Q.   What is -- what is the function of a CSO

9   at Schur?

10        A.   As I recall, they were the chief sales

11   officer.

12        Q.   Were you involved in bringing Mr. Humer

13   in?

14        A.   I don't recall that I was.

15        Q.   Okay.  Did you meet with Mr. Humer before

16   he was hired?

17        A.   I don't recall that I did.

18        Q.   Whose decision was it, then, to bring on

19   Mr. Humer?

20        A.   I don't recall whose decision it was.

21        Q.   Do you have any reason to doubt that

22   Mr. Kühn started with the -- with Schur in April of

23   2018?

24        A.   Based on reading this, I have no reason to

25   doubt it.

Case 1:22-mc-00180-LAK-VF Document 153-2 Filed 01/17/25 Page 69 of 75
The Ex Parte Application of B&C KB Holding GmbH
Michael Dees
December 19, 2024

121

103

1    Q.    And by July of 2018, you were involved in

2  the decision to terminate Mr. Kühn, correct?

3    A.    I don't recall the specific -- the

4  specifics of being involved in the discussion on

5  that.

6    Q.    So is it your testimony that you were not

7  involved in the discussion, or you just don't

8  remember being in the discussion?

9    A.    I just don't remember.

10    MR. LEON:    After this --

11    MR. ROSENBAUM:    We can do it now.

12    MR. LEON:    That's fine.

13    MR. ROSENBAUM:    I'll have maybe one more

14    after this.

15    (Email chain, first email from Mr. Dees to

16    Mr. Narayan, was marked Dees Exhibit 14 for

17    identification, as of this date.)

18    Q.    Showing you what's been marked as Dees 14

19  for identification.

20    MR. LEON:    Take your time and review it.

21    (Witness reviewing document.)

22    Q.    Have you read it?

23    A.    Yes.

24    Q.    Okay.    This is -- starts with an email

25  from Rohan Narayan to you, it appears; is that

Case 1:22-mc-00180-LAK-VF  Document 153-2  Filed 01/17/25  Page 70 of 75
The Ex Parte Application of B&C KB Holding GmbH
Michael Dees
December 19, 2024

123

105

1  formal role.  He's the chairman, as we talked about,

2  of the advisory board.

3       Q.   But you put "executive" in front of that,

4  right?

5       A.   That is an in -- informal statement.

6  There's no actual role as an executive chairman.

7       Q.   But your -- your informal understanding

8  was that he was going to step back into an executive

9  chairman role, correct?

10      A.   That's what I wrote there.

11      Q.   And you then continue, We will be

12  terminating the new CEO.

13           There you meant Mr. Kühn, right?

14      A.   As I recall, yes, I did.

15      Q.   You -- you end that email by saying, We

16  may not search for a new CEO as we are focused on

17  pushing for an exit in late 2019/early 2020, and new

18  CEO will likely slow this down.

19           So when you said "exit in late 2019/early

20  2020," you meant exit from the Schur investment?  Do

21  I have that right?

22      A.   Yes, you do.

23      Q.   And that would be a sale typically; is

24  that right?

25      A.   It would typically -- typically be a sale.

106
1      Q.   Mr. Narayan responded to you, and then you
2   responded to him in the top email of the chain.  You
3   see that?
4      A.   I do.
5      Q.   Okay.  And in part here you're talking
6   about a financing transaction.  Do I have that
7   right?
8      A.   Yes, you are -- yes, you do.
9      Q.   What financing transaction are you talking
10  about?
11     A.   As I recall, it was a financing
12  transaction to replace some of the debt and perhaps
13  increase the debt.
14     Q.   You -- you write, I think that on the
15  financing Michael is playing no role.
16          What -- what "Michael" are we talking
17  about?
18     A.   I -- I can't -- I don't know exactly what
19  Michael I'm talking about there.  There's a lot of
20  Michaels.
21     Q.   So you -- you just don't know?
22     A.   I -- I don't recall which one.
23     Q.   If you look in -- well, let me -- it's not
24  you, right?  I -- I --
25     A.   It's not me.

Case 1:22-mc-00180-LAK-VF    Document 153-2    Filed 01/17/25    Page 72 of 75
The Ex Parte Application of B&C KB Holding GmbH
Michael Dees
December 19, 2024

107    125

1      Q.    -- I do agree with you, there are a lot of

2    Michaels, so I -- it's hard.

3            But if you look down at Mr. Narayan's

4    email to you, he refers to a call with "Michael S."

5    Do you understand that to be Michael Schernthaner?

6      A.    Yes, I do.

7      Q.    Okay.  Is it fair then to also assume that

8    when you were talking about a "Michael," you

9    probably meant Michael Schernthaner?

10     A.    That's a fair assumption.

11     Q.    And is it consistent with your

12   recollection that Michael Schernthaner was playing

13   no role in the refinancing?

14     A.    My only recollection on that specific

15   topic is what I wrote here.

16     Q.    And what you wrote is:  Paul is running

17   this.

18            There you meant Paul Pruss?

19     A.    Yes.

20     Q.    And in -- you have some bullets under

21   that, then you continue, I think he is implicitly

22   communicating two messages.  First, it might be

23   harder to convince lenders of our pro forma EBITDA.

24            So that was a message that you thought

25   Mr. Pruss was implicitly communicating?

Case 1:22-mc-00180-LAK-VF    Document 153-2    Filed 01/17/25    Page 73 of 75
The Ex Parte Application of B&C KB Holding GmbH                        Michael Dees
                                                          December 19, 2024    127

109

1    2019/early 2020 --

2           MR. LEON:  Object to form.

3       Q.  -- correct?

4       A.  That -- that's what the sentence says.

5       Q.  So that was the plan as of July 2018, to

6    exit by late 2019 or early 2020, correct?

7       A.  As of the date and time of the email that

8    was my view of the plan.

9       Q.  You then conclude the -- the email talking

10   about not knowing the reasons for Mr. Kühn's

11   departure, right?

12      A.  That's what it says.

13      Q.  And then your last sentence is, I don't

14   think that Michael S. was helpful.

15          That's Michael Schernthaner, right?

16      A.  Yes.

17      Q.  Michael -- you don't think Michael

18   Schernthaner was helpful with what?

19      A.  I really don't know.  I just would be

20   making inferences based on the language here.

21      Q.  Well, you wrote the language.  What is

22   your --

23      A.  I acknowledge I wrote the language.  I --

24      Q.  Okay.  Well, my inference, and you can

25   then tell me if you agree with it, is that you

110

```
 1   don't -- you didn't think Michael Schernthaner was

 2   helpful in the integration of Mr. Kühn as CEO.  Is

 3   that fair?

 4              MR. LEON:  Object to form.

 5        A.    I think that would be making too much of

 6   an inference.  He was somehow not helpful --

 7        Q.    And you don't remember --

 8        A.    -- the CEO --

 9        Q.    -- why?

10        A.    I do not remember why.

11        Q.    And Mr. Kühn was terminated as of

12   August 6, 2018; is that right?

13        A.    I don't recall the date.

14              (Email from Mr. Unger to Mr. Dees, dated

15         August 3, 2018, with an attached press release,

16         was marked Dees Exhibit 15 for identification,

17         as of this date.)

18        Q.    I'm showing you Dees 15, which is an email

19   from Mr. Unger to you, dated August 3, 2018, with an

20   attached press release.  You see that?

21        A.    I see that.

22        Q.    And the first paragraph of the appended

23   press release, it says, Thorsten Kühn, 45, CEO of

24   the Schur Flexibles group since April 2018 will be

25   withdrawing from the company to take up new tasks.
```

Case 1:22-mc-00180-LAK-VF   Document 153-2   Filed 01/17/25   Page 75 of 75
The Ex Parte Application of B&C KB Holding GmbH
Michael Dees
December 19, 2024

129

111

 1              Does that refresh your memory that by

 2    early August, Mr. Kühn had been terminated from

 3    Schur?

 4          A.   It refreshes my memory that by early

 5    August, he was no longer the CEO.

 6              MR. ROSENBAUM: We can take a break.

 7              THE VIDEOGRAPHER: Time right now is

 8    3:43 p.m.  We're off the record.

 9              (A recess was taken from 3:43 to 4:02.)

10              THE VIDEOGRAPHER: Time right now is

11    4:02 p.m.  We're back on the record.

12          Q.   Mr. Dees, we -- we had talked previously

13    about an individual by the name of Michael Fischkin.

14    And you don't recall his title with Schur.  Do I

15    have that right?

16          A.   I do not recall.

17          Q.   But you do recall that he was involved

18    with finance at Schur.  Correct?

19          A.   Yes.

20          Q.   After Mr. Schernthaner was elevated from

21    CFO to CEO in May of 2019, did Schur have a CFO?

22          A.   I don't recall if we did.

23              (Email chain with attachment, with top

24         email from Mr. Unger to Mr. Dees dated June 4,

25         2019, was marked Dees Exhibit 16 for