# Exhibit F

**CONFIDENTIAL**

## Respondents' Privilege Log

| Topic No. | Date Range (beg) | Date Range (end) | Authors and Recipients[1] | Category | Privilege Claimed | Document Types | Number Withheld/Redacted |
|---|---|---|---|---|---|---|---|
| 1 | 5/1/2016 | 10/6/2016 | Michael Dees; Rohan Narayan; Debbie Staal; John F. Aiello*; Jacqueline Leone; Thomas Ludwig; Paul Pruss; Fred Wendt (*Gleiss Lutz*)**; Maximilian Habel (*Gleiss Lutz*)**; Karsten Kreiling (*Gleiss Lutz*)**; Urszula Nartowska (*Gleiss Lutz*)**; Andrew Thompson (*Cravath, Swain & Moore*)**; Madeleine Shiff (*Cravath, Swain & Moore*)**; Frank Merkel (CW Downer, Transaction Advisor); Perry van der Heide (Intertrust Group, Trust Management Services) | Documents and communications requesting, reflecting or providing the advice of counsel concerning acquisition of Schur | Attorney-Client Privilege | Emails, Adobe PDF, Microsoft Word | 49 |

---

[1] * In-house attorney

** Outside attorney (*name of attorney's law firm*)

**CONFIDENTIAL**

| Topic No. | Date Range (beg) | Date Range (end) | Authors and Recipients[1] | Category | Privilege Claimed | Document Types | Number Withheld/Redacted |
|---|---|---|---|---|---|---|---|
| 2 | 3/31/2017 | 5/21/2019 | Michael Dees; John F. Aiello*; James Pickel*; Shaleeza Banks; Jeffrey Bunder; Jacqueline Leone; Connie Lu; Ephraim Mernick; Rohan Narayan; Karen Perry; Daniel Routh; Debbie Staal; Claudia Doris; Thomas Ludwig; Paul Pruss; Thomas Unger; Dieter Vogel; Cynthia Aarts (PES Trust, Financial Services); Derrick Rutgers (PES Trust, Financial Services); Jens Veerman (PES Trust, Financial Services); Tanya van Geenen (Intertrust Group, Trust Management Services); Marta Andreano (*Gleiss Lutz*)**; Christian Zimmermann (*Gleiss Lutz*)**; Frank Schlobach (*Gleiss Lutz*)**; Fred Wendt (*Gleiss Lutz*)**; Urszula Nartowska (*Gleiss Lutz*)**; Marjolein Ligthart (*Stibbe*)**; Michael Lubowitz (*Weil Gotshal*)**; Ted Posner (*Weil Gotshal*)**; | Documents and communications requesting, reflecting or providing the advice of counsel regarding advisory and shareholder resolutions concerning Schur corporate actions and financing | Attorney-Client Privilege | Emails, Adobe PDF, Microsoft Word | 311 |

CONFIDENTIAL

| Topic No. | Date Range (beg) | Date Range (end) | Authors and Recipients[1] | Category | Privilege Claimed | Document Types | Number Withheld/Redacted |
|---|---|---|---|---|---|---|---|
| | | | Jonathon Soler (*Weil Gotshal*)**; Glenn West (*Weil Gotshal*)** | | | | |
| 3 | 4/23/2019 | 1/16/2020 | Michael Dees; James Pickel*; Daniel Routh; Debbie Staal; Thomas Unger; Paul Pruss; Christopher Droege (GS, Financial Advisor); Tobias Koester (GS, Financial Advisor); Matthias Wich (GS, Financial Advisor); Tom Christensen (GS, Financial Advisor); Niko Schindler (GS, Financial Advisor); Josefine Boehm (GS, Financial Advisor); Michael Fischkin (Schur); Michael Schernthaner (Schur); Sandra Konnertz (Schur); Sebastian Artlieb (Schur); Gerald Eibisberger (PwC, Financial Due Diligence); Nick Williams (PwC, Financial Due Diligence); Fred Wendt (*Gleiss Lutz*)**; Arend von Riegen (*Freshfields*)**; | Documents and communications requesting, reflecting or providing the advice of counsel regarding Project Sky non-disclosure agreements, due diligence, transaction structure and documentation | Attorney-Client Privilege | Emails, Adobe PDF, Microsoft Word | 102 |

3

**CONFIDENTIAL**

| Topic No. | Date Range (beg) | Date Range (end) | Authors and Recipients[1] | Category | Privilege Claimed | Document Types | Number Withheld/Redacted |
|---|---|---|---|---|---|---|---|
| | | | Markus Paul (*Freshfields*)\*\*; Steffen Kleefass (*Freshfields*)\*\*; Carsten Haak (*Freshfields*)\*\*; Terrence Fernbach (*Freshfields*)\*\*; Xinyi Qiu (*Freshfields*)\*\*; Hendrik Braun (*Freshfields*)\*\*; Rana Rafikhanova (*Freshfields*)\*\* | | | | |
| 4 | 5/14/2020 | 1/7/2021 | James Pickel\*; Michael Dees; Daniel Routh; Robert Dealy; Ephraim Mernick; Michelle Messer; John Aiello\*; Nikhil Patel; Jeffrey Alt; Thomas Dunn; Richard Yee; Paul Pruss; Phillip Schall; Leani Swart; Tijn van Hooven, Thiemo Geleijnse; Pha Nguyen; Marielcy Romero (BMO, Financial Services); George Kappas (BMO, Financial Services); Aaron Besner (BMO, Financial Services); Alexander LaFrance (BMO, Financial Services); Michael Benoliel (BMO, Financial Services); Kevin Crawford (BMO, Financial Services); Robert | Documents and communications requesting, reflecting or providing the advice of counsel regarding shareholder loan, refinancing and tax issues related to Schur | Attorney-Client Privilege | Emails, Adobe PDF, Microsoft Word | 209 |

**CONFIDENTIAL**

| Topic No. | Date Range (beg) | Date Range (end) | Authors and Recipients[1] | Category | Privilege Claimed | Document Types | Number Withheld/Redacted |
|---|---|---|---|---|---|---|---|
| | | | Kool (EY, Tax Advisor); Ankitha Mulky Dange (EY, Tax Advisor); James Keim (EY, Tax Advisor); Tillmann Pyszka (EY, Tax Advisor); Elizabeth Albert (Cravath Swaine & Moore)** | | | | |
| 5 | 3/29/2021 | 9/30/2021 | Michael Dees; Rahul Agarwal; Julie Bower; Robert Dealy; Michelle Messer; Nikhil Patel; James Pickel*; Daniel Routh; Leani Swart; Richard Yee; Thiemo Geleijnse; Tijn Van Hooven; Christopher Droege (GS, Financial Advisor); David Anschuetz (*Freshfields*)**; Hendrik Braun (*Freshfields*)**; Anna Dominke (*Freshfields*)**; Steffen Kleefass (*Freshfields*)**; Vanessa Van Weelden (*Freshfields*)**; Arend Von Riegen (*Freshfields*)**; Thomas Wessely (*Freshfields*)**; Elizabeth Albert (*Cravath, Swaine and Moore*)** | Documents and communications requesting, reflecting or providing the advice of counsel regarding Project Stelvio and transaction documentation | Attorney-Client Privilege | Emails, Adobe PDF, Microsoft Word; Microsoft Excel | 478 |

CONFIDENTIAL

| Topic No. | Date Range (beg) | Date Range (end) | Authors and Recipients[1] | Category | Privilege Claimed | Document Types | Number Withheld/Redacted |
|---|---|---|---|---|---|---|---|
| 6 | 10/1/2021 | 11/5/2021 | Michael Dees; James Pickel*; Michelle Messer; Daniel Routh; Richard Yee; Robert Dealy; Thomas Ludwig; Thomas Unger; Paul Pruss; Leani Swart; Tijn van Hooven; Thiemo Geleijnse; Patricia Reis; Steffen Kleefass (*Freshfields*)**; David Anschuetz (*Freshfields*)**; Anna Dominke (*Freshfields*)**; Arend von Riegen (*Freshfields*)** | Documents and communications requesting, reflecting or providing the advice of counsel regarding notices and distributions post-closing of Schur transaction | Attorney-Client Privilege | Emails, Adobe PDF, Microsoft Word; Microsoft Excel | 105 |
| 7 | 12/19/2021 | 6/4/2022 | Michael Dees; James Pickel*; Ephraim Mernick; Cathleen Ellsworth; Rahul Agarwal; Robert Dealy; Richard Yee; Daniel Routh; Alan Goldberg; Michelle Messer; Samantha J. Shahbazian; Thomas Ludwig; Thomas Unger; Paul Pruss; Phillip Schall; Tijn van Hooven; Henning Block (Rothschild, Transaction Advisor); Daniel Vorndran (Rothschild, Transaction Advisor); Marc Lorenz (Rothschild, Transaction | Documents and communications requesting, reflecting or providing the advice of counsel regarding requests for shareholder funding, B&C allegations and claim notices, restructuring, lender negotiations and transaction | Attorney-Client Privilege; Work Product Doctrine | Emails, Adobe PDF, Microsoft Word; Microsoft Excel | 2,958 |

**CONFIDENTIAL**

| Topic No. | Date Range (beg) | Date Range (end) | Authors and Recipients[1] | Category | Privilege Claimed | Document Types | Number Withheld/Redacted |
|---|---|---|---|---|---|---|---|
| | | | Advisor); Kai Schumacher (Alix, Accounting Advisor); Jens Haas (Alix, Accounting Advisor); Axel Schulte (Alix, Accounting Advisor); Anna Dominke (*Freshfields*)\*\*; Daniel Lungenschmid (*Freshfields*)\*\*; Simon Wizemann (*Freshfields*)\*\*; Roman A. Mallmann (*Freshfields*)\*\*; Arend von Riegen (*Freshfields*)\*\*; Steffen Kleefass (*Freshfields*)\*\*; Lars Westpfahl (*Freshfields*)\*\*; Michael Broeders (*Freshfields*)\*\*; Jeroen van Hezewijk (*Freshfields*)\*\*; Huub Boekhorst (*Freshfields*)\*\*; Marta Janek (*Freshfields*)\*\*; Leonie Sage (*Freshfields*)\*\*; Thomas Wessely (*Freshfields*)\*\*; Marvin Knapp (*Freshfields*)\*\*; Christina Mann (*LW*)\*\*; Markus Krueger (*LW*)\*\*; Thomas Gruetzner (*LW*)\*\*; Dirk Kocher (*LW*)\*\*; Philipp | documentation, and litigation strategy | | | |

**CONFIDENTIAL**

| Topic No. | Date Range (beg) | Date Range (end) | Authors and Recipients[1] | Category | Privilege Claimed | Document Types | Number Withheld/Redacted |
|---|---|---|---|---|---|---|---|
| | | | Steinrueck (*LW*)\*\*; Eric Leon (*LW*)\*\*; Robert Hotz (*LW*)\*\*; Jooyoung Yeu (*LW*)\*\*; Laura Ferrell (*LW*)\*\*; Christoph Baus (*LW*)\*\*; Frank Grell (*LW*)\*\*; Ulrich Klockenbrink (*LW*)\*\*; Jan Heuer (*LW*)\*\*; Jan Steiner (*LW*)\*\*; Anne Loehner (*LW*)\*\*; Julia-Bianka Schenkel (*LW*)\*\*; Tobias Klass (*LW*)\*\*; Ku-Hyun Baek (*LW*)\*\* | | | | |

8