UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re: the ex parte application of
B&C KB HOLDING GMBH,

                    Applicant,

For an order pursuant to 28 U.S.C. § 1782
permitting Applicant to issue subpoenas in aid
of foreign proceedings to:

GOLDBERG LINDSAY & CO. LLC d/b/a
LINDSAY GOLDBERG, and MICHAEL
DEES,

                    Respondents.
-----------------------------------------------------------------X

22-mc-00180 (LAK) (VF)

**ORDER DIRECTING STATUS UPDATE**

**VALERIE FIGUEREDO, United States Magistrate Judge**

    The parties are directed to file a joint status update as to the status of discovery on or before **Monday, September 15, 2025**.

    SO ORDERED.

DATED:    New York, New York
               September 8, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge